AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of

|   |   |
|---|---|
| *Plaintiff*<br>v.<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>) Case No. |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

                                                                                                                                    .

Date:                                                                                   _____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Jonathan E. Baker
jbaker@barberlawfirm.com

Scott Michael Strauss
sstrauss@barberlawfirm.com

/s/ SEAN T. KEITH
Name: SEAN T. KEITH
Bar Number: 93158
Attorney for: WENDY REYNA
Law Firm Name: Keith Miller Butler Schneider & Pawlik
Law Firm Address: 224 S. 2nd Street
City State ZIP: Rogers AR 72756
Phone Number: (479) 621-0006
Email Address: skeith@arkattorneys.com