**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ARGONAUT GREAT CENTRAL INSURANCE COMPANY                                         PLAINTIFF(S)

v.                              CASE NO.   4:11CV00206 BSM

JERRY CASEY, et al                                                                DEFENDANT(S)

### INITIAL SCHEDULING ORDER

An appearance was entered by defendant(s) on **March 8, 2011**.

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

    1.  **RULE 26(f) CONFERENCE DEADLINE**:     **May 16, 2011**.

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

    2.  **RULE 26(f) REPORT DUE DATE:**     **May 31, 2011**.

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court.

    3.  **PROPOSED TRIAL DATE:**     **May 14, 2012**.

The case will be scheduled for **BENCH TRIAL** before Judge Brian S. Miller commencing at **9:30 a.m.** sometime during the week as set forth above in **Little Rock**, **Arkansas.**

    4.  **RULE (16b) CONFERENCE:**   Will be scheduled, if necessary.

A telephone conference will be scheduled within one week of the filing of the Rule 26(f) Report, if necessary as determined by the Court, to resolve any conflicts among the parties with the proposed trial date and deadlines, mandatory disclosures, etc. If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference will be unnecessary.

DATED:  March 9, 2011

                                                    AT THE DIRECTION OF THE COURT
                                                    JAMES W. McCORMACK, CLERK

                                                    By:  /s/ *Betty Tyree*
                                                          Deputy Clerk
                                                          501.604.5404