IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                            PLAINTIFF

VS.                          **CASE NO. 4-11-CV-00206BSM**

JERRY CASEY; WENDY REYNA, as personal
representative for the ESTATE OF MARIA TERESA
ORTEZ; AMINTA ORTEZ; DAISY VILLEDAS; RENEE
ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ; MARIA
HERNANDEZ, individually, and as mother and next of kin to
KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEYAMILCAR HERNANDEZ; ANA ORTIZ; JOSE
ESCALANTE; YOLANDA VELAZQUEZ; JORGE
DANIEL CERDA, individually, and as father and next of kin
to LIDANIA CERDA and EDREI CERDA; CARMEN
FLORES; CAROLINA GRANDE; MONICA ALVARADO;
CESAR ZELAYA; SONIA MARTINEZ, individually, and as
mother and next of kin to ABIGAIL MARTINEZ; GLEN
NOREGA; CLEMENTINA CISNEROS; ROSALINDA
SILVA, individually and as mother and next of kin to JOEL
SILVA and JEREY SILVA; JAIME BECERRA, individually,
and as father and next of kin to GWENDOLYN BECERRA,
JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA; RUSSELLVILLE
HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL
MEDICAL CENTER; WASHINGTON REGIONAL
MEDICAL CENTER; CLAY M. BERGER, D.C. d/b/a
NATURAL HEALTHCARE CLINIC; AIR EVAC EMS,
INC. d/b/a AIR EVAC LIFETEAM; ARKANSAS
CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC.
d/b/a NORTHWEST MEDICAL CENTER OF
WASHINGTON COUNTY; HUMANA; JOHNSON
REGIONAL MEDICAL CENTER; and ARKANSAS STATE
HIGHWAY AND TRANSPORTATION DEPARTMENT                                DEFENDANTS

WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ                                              COUNTERCLAIMANT

VS.

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                COUNTERDEFENDANT

## COUNTERCLAIM FOR DECLARATORY JUDGMENT

Comes now, Wendy Reyna, as the personal representative of the Estate of Maria Teresa Ortez, by and through her attorneys, Keith, Miller, Butler, Schneider & Pawlik, PLLC, and for her Counterclaim for Declaratory Judgment pursuant to FRCP 57 does state and allege as follows:

### I.    Parties

1.   Argonaut Great Central Insurance Company (hereinafter referred to as "Argonaut") with a listed place of business as 3625 North Sheridan Road, Peoria, Illinois 61533.

2.   Wendy Reyna, as personal representative of the Estate of Maria Teresa Ortez, (hereinafter referred to as "Defendant" or "Separate Defendant") is a citizen and resident of the State of Arkansas, and resides in Benton County.

### II.    Jurisdiction and Venue

3.   This court has subject matter jurisdiction over this matter.

4.   Venue is proper.

### III.    Factual Allegations

5.   Maria Teresa Ortez was a passenger in a commercial bus owned by First Baptist Church of Bentonville (hereinafter referred to as "FBC"), a non-profit church, on April 24, 2010. Ms. Ortez, along with thirty other people, were passengers on the bus being driven by 69-year-old Elaine A. Casey, a driver permitted by the church to transport this group of passengers to a conference in Little Rock, Arkansas.

6.   The driver's negligence caused the bus to overturn resulting in injuries to many of the passengers including Ms. Ortez, who suffered a traumatic amputation of her left arm and severe injuries to her head and other areas of her body. She ultimately died from these injuries on May 16, 2010.

7. FBC had purchased multiple policies for this commercial bus which provided coverage for liability, medical payment, uninsured, underinsured and excess (umbrella) coverage. These policies were purchased from Argonaut.

8. FBC is protected by the doctrine of charitable immunity and therefore Argonaut is liable under Arkansas' "direct action statute" (A.C.A. §23-79-210).

9. Argonaut has filed an interpleader action under Rule 22 of the Federal Rules of Civil Procedure and has attempted to remove itself from any further liability by proposing to deposit two million dollars ($2,000,000.00) into the registry of the Court to be divided by the injured passengers. Argonaut has represented that this amount is the limit of the policies covering this vehicle and held by First Baptist Church.

10. A fair reading of the Argonaut policies reveals that the amount of coverage available to the passengers on this bus is the amount of three million dollars ($3,000,000.00). This interpleader is an attempt by Argonaut to relieve itself of any further liability while depriving the passengers and their families of a million dollars ($1,000,000.00) under the underinsurance coverage in the commercial auto policy (attached to the brief as Exhibit No. 1) and to avoid paying the complete limits of the policy.

11. The commercial auto policy provides that underinsured motorist coverage becomes available when the ordinary liability limits, as in this matter, are exceeded by the claims; or in the alternative, the policy contract is so ambiguous that it must read as providing the underinsured motorist benefits to passengers.

12. Argonaut has, through their Senior Claims Adjuster handling this claim, represented and agreed that the policy limits in existence which cover this wreck are in the amount of three million dollars ($3,000,000.00). This agreement by the Argonaut agent, both verbally and in writing, in addition to supporting the argument regarding ambiguity,

WHEREFORE, the Estate of Maria Teresa Ortez, by and through its personal representative, Wendy Reyna, prays that this Court find as a matter of law that Argonaut owes the total of three million dollars ($3,000,000.00) under its policies, for their attorney's fees, costs and any and all other proper relief to which they may be entitled.

>Respectfully submitted,
>
>Wendy Reyna, as Personal Representative for the
>Estate of Maria Teresa Ortez, Counterclaimant
>
>By:**/s/  Sean T. Keith**
>    Bar  No. 93158
>    Keith, Miller, Butler, Schneider Pawlik, PLLC
>    224 S. 2nd Street
>    Rogers, Arkansas  72756
>    Telephone: (479) 621-0006
>    Email: skeith@arkattorneys.com

**CERTIFICATE OF SERVICE**

      I, Sean T. Keith, hereby certify that on the 9th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR  72201-3414
jbaker@barberlawfirm.com
jonathanebaker@hotmail.com
SCongdon@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR  72201-3414
sstrauss@barberlawfirm.com
jharvey@barberlawfirm.com

                          **/s/  Sean T. Keith**
                          Sean T. Keith