IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                                        PLAINTIFF

VS.                                          CASE NO. 4-11-CV-00206BSM

JERRY CASEY; WENDY REYNA, as personal representative for the ESTATE OF MARIA TERESA ORTEZ; AMINTA ORTEZ; DAISY VILLEDAS; RENEE ARMANDO ROSALES, as personal representative for the ESTATE OF ANA DEL CARMEN ORTEZ; MARIA HERNANDEZ, individually, and as mother and next of kin to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and ASHLEYAMILCAR HERNANDEZ; ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE DANIEL CERDA, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA; CARMEN FLORES; CAROLINA GRANDE; MONICA ALVARADO; CESAR ZELAYA; SONIA MARTINEZ, individually, and as mother and next of kin to ABIGAIL MARTINEZ; GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and as mother and next of kin to JOEL SILVA and JEREY SILVA; JAIME BECERRA, individually, and as father and next of kin to GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA; BERTOBELIO MEJIA; LILIA MEJIA; RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER; WASHINGTON REGIONAL MEDICAL CENTER; CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC; AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM; ARKANSAS CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and ARKANSAS STATE HIGHWAY AND TRANSPORTATION DEPARTMENT                                          DEFENDANTS

WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ                                                        COUNTERCLAIMANT

VS.

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                              COUNTERDEFENDANT

## MOTION TO PREVENT RECOVERY OF PLAINTIFF'S ATTORNEYS' FEES

Comes now, Wendy Reyna, (hereinafter referred to as "Defendant") as the personal representative of the Estate of Maria Teresa Ortez, by and through her attorneys, Keith, Miller, Butler, Schneider & Pawlik, PLLC, and for her Motion to Prevent Recovery of Plaintiff's Attorneys' Fees does state and allege as follows:

1. That Plaintiff should not be entitled to recover attorneys' fees and costs incurred as result of filing this interpleader action.

2. That Plaintiff is not a disinterested stakeholder in this action, and therefore should be unable to recoup attorneys' fees and costs from the deposited funds

3. That Plaintiff should not be allowed to deplete the deposited funds for its own self-interest in saving money to litigate individual claims.

4. That as an interested stakeholder, Plaintiff should not be allowed to claim attorneys' fees and litigation costs in filing an interpleader action.

5. That Federal Rules of Civil Procedure, Rule 22 does not make a statutory allowance for attorneys' fees.

6. That the damages of the injured passengers far exceed the interpled insurance funds and it would be inequitable to allow the Plaintiff to deplete this fund.

WHEREFORE, the Estate of Maria Teresa Ortez, by and through its personal representative, Wendy Reyna, prays that this Court order that Plaintiff is not entitled to the recovery of attorneys' fees or costs incurred from the interplead funds, and for any and all other proper relief to which they may be entitled.

        Respectfully submitted,

        Wendy Reyna, as Personal Representative for the
        Estate of Maria Teresa Ortez, Counterclaimant

By:**/s/ Sean T. Keith**
    Bar No. 93158
    Keith, Miller, Butler, Schneider Pawlik, PLLC
    224 S. 2nd Street
    Rogers, Arkansas 72756
    Telephone: (479) 621-0006
    Email: skeith@arkattorneys.com

**CERTIFICATE OF SERVICE**

I, Sean T. Keith, hereby certify that on the 9th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
jbaker@barberlawfirm.com
jonathanebaker@hotmail.com
SCongdon@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
sstrauss@barberlawfirm.com
jharvey@barberlawfirm.com

        /s/ Sean T. Keith
        Sean T. Keith