AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 10 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY | | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4-11-CV-0206-BSM |
| JERRY CASEY; WENDY REYNA, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF MARIA TERESA ORTEZ, ET AL. | ) ) ) ) | |
| *Defendant* | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WENDY REYNA, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF MARIA TERESA ORTEZ

Date: March 9, 2011

_____
*Attorney's signature*

ANNA R. BETTS, BAR NO. 2009176
*Printed name and bar number*

224 S. 2ND STREET
*Address*

ROGERS, AR 72756
*Address2*

(479) 621-0006
*Telephone number*

abetts@arkattorneys.com
*Email Address*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I hereby mailed the foregoing Appearance of Counsel to the following attorneys of record by First Class U.S. Mail, postage prepaid:

Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR  72201-3414

Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR  72201-3414

/s/ Anna Betts

Name: ANNA R. BETTS
Bar Number: 2009176
Attorney for: WENDY REYNA
Law Firm Name: Keith Miller Butler Schneider & Pawlik
Law Firm Address: 224 S. 2nd Street
City State ZIP: Rogers                    AR 72756
Phone Number: (479) 621-0006
Email Address: abetts@arkattorneys.com