**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                    **PLAINTIFF**

VS.                              **CASE NO. 4-11-CV-0206-BSM**

**JERRY CASEY; WENDY REYNA, as personal representative for the**
**ESTATE OF MARIA TERESA ORTEZ;**
**AMINTA ORTEZ; DAISY VILLEDAS;**
**RENEE ARMANDO ROSALES, as personal representative for the**
**ESTATE OF ANA DEL CARMEN ORTEZ;**
**MARIA HERNANDEZ, individually, and as mother and next of kin to**
**KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and**
**ASHLEYAMILCAR HERNANDEZ;**
**ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;**
**JORGE DANIEL CERDA, individually, and as father and next of kin to**
**LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;**
**CAROLINA GRANDE; MONICA ALVARADO;**
**CESAR ZELAYA; SONIA MARTINEZ, individually,**
**and as mother and next of kin to ABIGAIL MARTINEZ;**
**GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and**
**as mother and next of kin to JOEL SILVA and JEREY SILVA;**
**JAIME BECERRA, individually, and as father and next of kin to**
**GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA;**
**BERTOBELIO MEJIA; LILIA MEJIA;**
**RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER;**
**WASHINGTON REGIONAL MEDICAL CENTER;**
**CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;**
**AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;**
**ARKANSAS CHILDREN'S HOSPITAL;**
**QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON**
**COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and**
**ARKANSAS STATE HIGHWAY AND**
**TRANSPORTATION DEPARTMENT**                                **DEFENDANTS**

**WENDY REYNA, as personal representative for the**
**ESTATE OF MARIA TERESA ORTEZ**                           **COUNTERCLAIMANT**

VS.

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**             **COUNTERDEFENDANT**

# RESPONSE TO WENDY REYNA'S MOTION TO PREVENT RECOVERY OF PLAINTIFF'S ATTORNEYS' FEES

Comes the plaintiff/counterdefendant, Argonaut Great Insurance Company (hereinafter "Argonaut"), by its attorneys, Barber, McCaskill, Jones & Hale, P.A., and for its Response to Wendy Reyna's Motion to Prevent Recovery of Plaintiff's Attorneys' Fees, states:

1. The decision on whether to award attorneys' fees in an action brought pursuant to Rule 22 of the Federal Rules of Civil Procedure is a decision that rest solely within the discretion of the trial court.

2. Argonaut agrees to a recovery of attorneys' fees in this case if the Court chooses to award same.

WHEREFORE, plaintiff/counterdefendant, Argonaut Great Central Insurance Company, prays the Motion to Prevent Recovery of Plaintiff's Attorneys' Fees be denied, and for all other just and proper relief.

Respectfully submitted,

BARBER, McCASKILL, JONES & HALE, P.A.
Attorneys for Plaintiff
400 W. Capitol, Suite 2700
Little Rock, AR 72201
(501) 707-6129/(501) 372-2802 (Fax)

By:_/s/ Jonathan E. Baker_____
    Scott M. Strauss    AR BIN  92009
    Jonathan E. Baker    AR BIN  08176

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification and a copy of the foregoing to the following attorneys of record:

Mr. Sean T. Keith  
Keith, Miller, Butler, Schneider & Pawlick, PLLC  
224 S. 2nd Street  
Rogers, Arkansas 72756  
skeith@arkattorneys.com

                                                   /s/ Jonathan E. Baker  
                                                    Jonathan E. Baker