**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ARGONAUT GREAT CENTRAL INSURANCE COMPANY                    PLAINTIFF

VS.                **CASE NO. 4-11-CV-00206BSM**

JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ; AMINTA ORTEZ; DAISY
VILLEDAS; RENEE ARMANDO ROSALES, as personal representative
for the ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to K.
HERNANDEZ, K. HERNANDEZ and A. HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE
DANIEL CERDA, individually, and as father and next of kin to L.
CERDA and E. CERDA; CARMEN FLORES;CAROLINA GRANDE;
MONICA ALVARADO;CESAR ZELAYA; SONIA MARTINEZ,
individually, and as mother and next of kin to A. MARTINEZ; GLEN
NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA,
individually and as mother and next of kin to J. SILVA and J. SILVA;
JAIME BECERRA, individually, and as father and next of kin to G.
BECERRA, J. BECERRA, and B. BECERRA;BERTOBELIO MEJIA;
LILIA MEJIA; RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT
MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE
CLINIC;AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER
OF WASHINGTON COUNTY; HUMANA; JOHNSON REGIONAL
MEDICAL CENTER; and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                  DEFENDANTS

**Answer to Complaint in Interpleader of Defendants Maria Hernandez, Individually and as mother and next of kin to K. Hernandez, K. Hernandez and A. Hernandez**

Comes now the Defendant Maria Hernandez ("Defendant"), individually and as mother

and next of kin to K. Hernandez, K. Hernandez and A. Hernandez (minors), by and through her

attorneys Matthews, Campbell, Rhoads, McClure, Thompson and Fryauf, P.A., and for her

Answer to the Complaint in Interpleader states:

**PARTIES**

1. Defendant admits that Plaintiff is an Illinois Corporation with its principal place of business in Peoria, Illinois and that Plaintiff is licensed to do business in Arkansas.

2. Defendant lacks sufficient information to admit or deny the allegations in Paragraphs 2-9 of the Complaint, and therefore, those allegations are denied.

3. Defendant admits the allegations in Paragraph 10 of the Complaint.

4. Maria Hernandez and her children, K. Hernandez, K. Hernandez and A. Hernandez were residents of Benton County, Arkansas at the time of the wreck. Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 11 of the Complaint, and therefore, those allegations are denied.

5. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 12 of the Complaint, and therefore, those allegations are denied.

**JURSIDICTION AND VENUE**

6. The Defendant admits that this action involves a single-bus accident in or near London, Arkansas. The Defendant also admits that she and her three children were passengers on that bus and are asserting claims for personal injury. Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 13 of the Complaint, and therefore, those allegations are denied.

7. Defendant neither admits nor denies that diversity jurisdiction is proper in this court as alleged in Paragraph 14 of the Complaint.

8. Defendant admits that venue is proper in this court as alleged in Paragraph 15 of the Complaint.

9. Defendant admits the allegations in Paragraph 16 of the Complaint.

10. Defendant admits that the Plaintiff had issued two insurance policies, numbered BA-9124636-04 and UMB 9124636-04, to First Baptist Church of Bentonville, a charitable or eleemosynary entity immune from suit. The Defendant denies the remaining allegations in Paragraph 17 of the Complaint.

11. Defendant admits that the damages claimed by defendants will likely exceed available coverage. Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 18 of the Complaint and therefore, those allegations are denied.

12. Defendant admits that Rule 22 of the Federal Rules of Civil Procedure may permit a court to receive a deposit of disputed funds into the court's registry and that the court may require all parties claiming an interest in the funds to interplead their respective claims to the court. Defendant denies, though, that Plaintiff may determine the amount to be deposited when that amount is a matter of dispute. Further, Defendant denies that Plaintiff, the stakeholder, may be discharged from liability when the amount to be deposited into the court registry remains a matter of dispute.

13. Defendant admits that Plaintiff has filed this action pursuant to Rule 22 of the Federal Rules of Civil Procedure. Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 20 of the Complaint and therefore, those allegations are denied.

14. Defendant admits that Plaintiff seeks an award of its litigation expenses and attorneys fees. Defendant, however, denies that Plaintiff is entitled to such an award.

15. Defendant denies the allegations in Paragraph 22.

WHEREFORE, the Defendant requests the court deny Plaintiff's request for discharge from further liability and award of attorneys' fees and costs. Additionally, the Defendant

requests the court order the Plaintiff to deposit the two-million dollars ($2,000,000) of undisputed insurance proceeds into the court registry pending further litigation concerning the additional one-million dollars ($1,000,000) of disputed coverage, and for all other relief the court deems just and proper.

Respectfully submitted,

MARIA HERNANDEZ, individually, and as mother and next of kin to K. HERNANDEZ, K. HERNANDEZ and A. HERNANDEZ

By: _/s/ Jeremy S. Ament
Jeremy S. Ament, Their Attorney
Arkansas Bar No. 2008190
North Carolina Bar NO. 41991
MATTHEWS, CAMPBELL, RHOADS,
McCLURE, THOMPSON & FRYAUF, P.A.
119 South Second Street
Rogers, Arkansas 72756-4525
(479) 636-0875   (479) 636-8150-Fax

## CERTIFICATE OF SERVICE

I, Jeremy S. Ament, certify that on the 16th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center 400
W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
jbaker@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
sstrauss@barberlawfirm.com

                 **/s/ Jeremy S. Ament**
                 **Jeremy S. Ament**