**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ARGONAUT GREAT CENTRAL INSURANCE COMPANY                                      PLAINTIFF

VS.                          **CASE NO. 4-11-00206BSM**

JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ; AMINTA ORTEZ; DAISY
VILLEDAS; RENEE ARMANDO ROSALES, as personal representative
for the ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to K.
HERNANDEZ, K. HERNANDEZ and A. HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE
DANIEL CERDA, individually, and as father and next of kin to L.
CERDA and E. CERDA; CARMEN FLORES;CAROLINA GRANDE;
MONICA ALVARADO;CESAR ZELAYA; SONIA MARTINEZ,
individually, and as mother and next of kin to A. MARTINEZ; GLEN
NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA,
individually and as mother and next of kin to J. SILVA and J. SILVA;
JAIME BECERRA, individually, and as father and next of kin to G.
BECERRA, J. BECERRA, and B. BECERRA;BERTOBELIO MEJIA;
LILIA MEJIA; RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT
MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE
CLINIC;AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER
OF WASHINGTON COUNTY; HUMANA; JOHNSON REGIONAL
MEDICAL CENTER; and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                                                DEFENDANTS

**Entry of Appearance**

Comes now Jeremy S. Ament of Matthews, Campbell, Rhoads, McClure, Thompson and Fryauf, P.A., and hereby enters his appearance of the attorney for the Defendant Maria Hernandez ("Defendant"), individually and as mother and next of kin to K. Hernandez, K. Hernandez and A. Hernandez (minors),

Respectfully submitted,

/s/ Jeremy S. Ament
Jeremy S. Ament, Their Attorney
Arkansas Bar No. 2008190
North Carolina Bar NO. 41991
MATTHEWS, CAMPBELL, RHOADS,
McCLURE, THOMPSON & FRYAUF, P.A.
119 South Second Street
Rogers, Arkansas 72756-4525
(479) 636-0875   (479) 636-8150-Fax

## CERTIFICATE OF SERVICE

I, Jeremy S. Ament, certify that on the 16th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center 400
W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
jbaker@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
sstrauss@barberlawfirm.com

                                                 **/s/ Jeremy S. Ament**
                                                 **Jeremy S. Ament**