IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE COMPANY                    PLAINTIFF

VS.                        CASE NO. 4-11-CV-0206-BSM

JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDAS;
RENEE ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to
KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEYAMILCAR HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;
JORGE DANIEL CERDA, individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO;
CESAR ZELAYA; SONIA MARTINEZ, individually,
and as mother and next of kin to ABIGAIL MARTINEZ;
GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and
as mother and next of kin to JOEL SILVA and JEREY SILVA;
JAIME BECERRA, individually, and as father and next of kin to
GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON
COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and
ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                 DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS    §
                     §
COUNTY OF PULASKI    §

I, Jonathan E. Baker, having been duly sworn, do state on oath:

1. I am an attorney for the plaintiff, Argonaut Great Central Insurance Company.

2. On March 2, 2011, Maria Hernandez, was duly served with a copy of the Complaint and Summons in this case through her counsel, Jeremy Ament, and by agreement of counsel for plaintiff and Ms. Hernandez.

FURTHER AFFIANT SAITH NOT.

> BARBER, McCASKILL, JONES & HALE, P.A.
> Attorneys for Plaintiff
> 2700 Regions Center
> 400 West Capitol Avenue
> Little Rock, AR 72201-3414
> (501) 372-6175
>
> BY _____
> Scott M. Strauss         AR BIN  92009
> Jonathan E. Baker        AR BIN  08176

SUBSCRIBED AND SWORN to before me, a Notary Public, on this the 16 day of March, 2011.

_____
Notary Public

My Commission Expires:
10-16-18

DENISE PATTERSON
Lonoke County
NOTARY PUBLIC - ARKANSAS
My Commission Expires October 16, 2018
Commission No. 12368286