IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE COMPANY                                PLAINTIFF

VS.                                    CASE NO. 4-11-CV-0206-BSM

JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDAS;
RENEE ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to
KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEYAMILCAR HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;
JORGE DANIEL CERDA, individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO;
CESAR ZELAYA; SONIA MARTINEZ, individually,
and as mother and next of kin to ABIGAIL MARTINEZ;
GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and
as mother and next of kin to JOEL SILVA and JEREY SILVA;
JAIME BECERRA, individually, and as father and next of kin to
GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON
COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and
ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                               DEFENDANTS

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS      §
                       §
COUNTY OF PULASKI      §

I, Jonathan E. Baker, having been duly sworn, do state on oath:

1. I am an attorney for the plaintiff, Argonaut Great Central Insurance Company.

2. On March 2, 2011, Daisy Villedas was duly served with a copy of the Complaint and Summons in this case through her counsel, Don Kendall, and by agreement of counsel for plaintiff and Ms. Villedas.

FURTHER AFFIANT SAITH NOT.

        BARBER, McCASKILL, JONES & HALE, P.A.
        Attorneys for Plaintiff
        2700 Regions Center
        400 West Capitol Avenue
        Little Rock, AR 72201-3414
        (501) 372-6175

BY _____
    Scott M. Strauss    AR BIN 92009
    Jonathan E. Baker  AR BIN 08176

SUBSCRIBED AND SWORN to before me, a Notary Public, on this the 16 day of March, 2011.

_____
Notary Public

My Commission Expires:
10-16-18

DENISE PATTERSON
Lonoke County
NOTARY PUBLIC - ARKANSAS
My Commission Expires October 16, 2018
Commission No. 12368286