IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**     **PLAINTIFF**

VS.     CASE NO. 4-11-CV-00206BSM

**JERRY CASEY; WENDY REYNA, as personal representative for
the ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDA;
RENEE ARMANDO ROSALES, as personal representative for
the ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin
to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEY AMILCAR HERNANDEZ; ANA ORTIZ; JOSE ESCALANTE;
YOLANDA VELAZQUEZ; JORGE DANIEL CERDA,
individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO; CESAR ZELAYA;
SONIA MARTINEZ, individually, and as mother and next of kin to
ABIGAIL MARTINEZ; GLEN NOREGA; CLEMENTINA CISNEROS;
ROSALINDA SILVA, individually and as mother and next of kin to
JOEL SILVA and JEREY SILVA; JAIME BECERRA, individually,
and as father and next of kin to GWENDOLYN BECERRA,
JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL
MEDICAL CENTER; WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a
NORTHWEST MEDICAL CENTER OF WASHINGTON COUNTY;
HUMANA; JOHNSON REGIONAL MEDICAL CENTER;
and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT**     **DEFENDANTS**

**WENDY REYNA, as personal representative for the ESTATE
OF MARIA TERESA ORTEZ**     **COUNTERCLAIMANT**

VS.

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY     COUNTER-DEFENDANT**

## SEPARATE DEFENDANT DAISY VILLEDA'S COUNTERCLAIM FOR DECLARATORY JUDGMENT

Comes now the separate defendant, Daisy Villeda, by and through her undersigned attorney, Donald B. Kendall, and for her Counterclaim for Declaratory Judgment states as follows:

1. Argonaut Great Central Insurance Company (hereinafter referred to as "Argonaut") is an Illinois corporation that conducts business in the State of Arkansas.

2. Daisy Villeda is resident of Benton County, Arkansas.

3. Jurisdiction and venue are proper before this Court.

4. On or about April 24, 2010, Villeda was a passenger in a commercial bus owned by First Baptist Church of Bentonville (hereinafter referred to as "First Baptist Church"). Villeda and approximately 30 passengers were on the bus driven by Elaine A. Casey, a driver authorized by the church to transport this group of passengers to a conference in Little Rock, Arkansas.

5. The driver's negligence caused the bus to overturn resulting in injuries to many of the passengers including Villeda, who has sustained the loss of the use of her arm, among other injuries.

6. First Baptist Church had purchased multiple policies for this commercial bus which provided coverage for liability, medical payment, uninsured, underinsured and excess (umbrella) coverage. These policies were purchased from Argonaut.

7. First Baptist Church is protected by the doctrine of charitable immunity.

8. Argonaut is liable pursuant to Ark. Code Ann. § 23-79-210, which provides for a direct cause of action against an insurer when the insured is not subject to a tort suit.

9. On March 2, 2010, Argonaut filed an interpleader action under Rule 22 of the Federal Rules of Civil Procedure. Argonaut moved this Court to authorize and direct the deposit of $2,000,000.00 in insurance proceeds into the Registry of the Court to be divided by the injured passengers.

10. Argonaut represented that the $2,000,000.00 is the limit of the policies covering this vehicle and held by First Baptist Church. The claims of the defendants will likely exceed the $2,000,000.00 plead by Argonaut.

11. Argonaut also requested that it be absolved of any further liability upon the deposit of the funds into the Registry of the Court.

12. Pursuant to Argonaut's policies the amount of coverage available to the passengers on this bus is the amount of three million dollars $3,000,000.00 – not $2,000,000.00 as Argonaut claims.

13. Argonaut's interpleader action is an attempt to relieve itself of any further liability while depriving the passengers and their families of $1,000,000.00 under the underinsurance coverage in the commercial auto policy.

14. Insurance Policy Number BA 9124636-03, which is attached to Argonaut's Complaint as Exhibit 1, provides a liability clause with coverage of $1,000,000.00. Furthermore, it contains an underinsured motorist coverage clause of $1,000,000.00 that becomes available when the ordinary liability limits, as in this matter, are exceeded by the claims.

15. Insurance Policy Number UMB 9124636-04, which is attached to Argonaut's Complaint as Exhibit 2, provides a liability clause with coverage of $1,000,000.00.

16. Argonaut, by and through its Senior Claims Adjuster, represented and agreed verbally and in writing that the total policy limits in existence which apply to this accident are in the amount of $3,000,000.00.

17. Pursuant to 28 U.S.C. § 2201, Villeda respectfully requests that this Court declare the rights and obligations of the parties pursuant to the insurance policy issued by Argonaut to First Baptist Church.

18. Specifically, Villeda requests that this Court declare that the Argonaut's policy limits applicable to the facts of this case total $3,000,000.00.

19. Moreover, pursuant to Ark. Code Ann. § 23-79-210, Villeda seeks payment by Argonaut for the injuries that she sustained as a result of the April 24, 2010 accident to the extent that all insurance proceeds under the applicable policies have not been interplead into the Registry of the Court.

20. Villeda reserves the right to amend this Counterclaim as discovery is ongoing.

WHEREFORE, Daisy Villeda respectfully requests that this Court find as a matter of law that Argonaut owes the total of three million dollars $3,000,000.00 under the terms of its policies, for her attorney's fees and costs incurred in this matter, and any and all other just and proper relief to which she may be entitled.

Respectfully submitted,

/s/ Donald B. Kendall (70037)
dbk@kendalldrewyor.com
/s/ Susan Keller Kendall (98119)
skk@kendalldrewyor.com
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Telephone: (479) 464-9828
Facsimile: (479) 464-9768

ATTORNEYS FOR DAISY VILLEDA

## CERTIFICATE OF SERVICE

I, Donald B. Kendall, hereby certify that on the 17th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

Mr. Scott Michael Strauss
Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Ave., Suite 2700
Little Rock, AR 72201-3414

Mr. Sean T. Keith
Keith, Miller, Butler, Schneider, Pawlick, PLLC
224 S. 2nd Street
Rogers, AR 72756

/s/ Donald B. Kendall