# UNITED STATES DISTRICT COURT
for the

EASTERN District of ARKANSAS

ARGONAUT GREAT CENTRAL INSURANCE COMPANY

*Plaintiff*
v.

JERRY CASEY, ET AL.

*Defendant*

) Case No. 4-11-CV-0206-BSM
)
)
)
)
)

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RENE ARMANDO ROSALES, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF ANA DELCARMEN ORTEZ

Date: March 17, 2011

/S/ WESLEY A. COTTRELL
*Attorney's signature*

WESLEY A. COTTRELL, BAR NO. 89050
*Printed name and bar number*

117 S. 2ND STREET
*Address*

ROGERS, AR  72756
*Address2*

(479) 631-6464
*Telephone number*

wes@cottrelllawoffice.com
*Email Address*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Jonathan E. Baker
jbaker@barberlawfirm.com

Scott Michael Strauss
sstrauss@barberlawfirm.com

/s/   Wesley A. Cottrell
Name: Wesley A. Cottrell
Bar Number: 89050
Attorney for: Rene Armando Rosales
Law Firm Name: Cottrell Law Office
Law Firm Address: 117 S. 2nd Street
City State ZIP: Rogers            AR 72756
Phone Number: (479) 631-6464
Email Address: wes@cottrelllawoffice.com