IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                          PLAINTIFF

vs.                                    CASE NO. 4-11-CV-00206BSM

JERRY CASEY; WENDY REYNA, as personal representative for the ESTATE OF MARIA TERESA ORTEZ; AMINTA ORTEZ; DAISY VILLEDAS; RENE ARMANDO ROSALES, as personal representative for the ESTATE OF ANA DEL CARMEN ORTEZ; MARIA HERNANDEZ, individually, and as mother and next of kin to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and ASHLEYAMILCAR HERNANDEZ; ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE DANIEL CERDA, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA; CARMEN FLORES; CAROLINA GRANDE; MONICA ALVARADO; CESAR ZELAYA; SONIA MARTINEZ, individually, and as mother and next of kin to ABIGAIL MARTINEZ; GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and as mother and next of kin to JOEL SILVA and JEREY SILVA; JAIME BECERRA, individually, and as father and next of kin to GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA; BERTOBELIO MEJIA; LILIA MEJIA; RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER; WASHINGTON REGIONAL MEDICAL CENTER; CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC; AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM; ARKANSAS CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and ARKANSAS STATE HIGHWAY AND TRANSPORTATION DEPARTMENT                                     DEFENDANTS

WENDY REYNA, as personal representative for the ESTATE OF MARIA TERESA ORTEZ; and RENEE ARMANDO ROSALES, as personal representative for the ESTATE OF ANA DELCARMEN ORTEZ                                                       COUNTERCLAIMANTS

vs.

ARGONAUT GREAT CENTRAL INSURANCE                                           COUNTERDEFENDANT
COMPANY

## MOTION TO PREVENT RECOVERY OF PLAINTIFF'S ATTORNEYS' FEES

COMES NOW, Rene Armando Rosales, (hereinafter referred to as "Defendant") as the personal representative of the Estate of Ana DelCarmen Ortez, by and through his attorney Wesley A. Cottrell, and for his Motion to Prevent Recovery of Plaintiff's Attorneys' Fees, joins, incorporates, restates and realleges the position of Defendant/Counterclaimant Wendy Reyna, personal representative for the Estate of Maria Teresa Ortez, and in so doing, states as follows:

1. That Plaintiff should not be entitled to recover attorneys' fees and costs incurred as result of filing this interpleader action.

2. That Plaintiff is not a disinterested stakeholder in this action, and therefore should be unable to recoup attorneys' fees and costs from the deposited funds

3. That Plaintiff should not be allowed to deplete the deposited funds for its own self-interest in saving money to litigate individual claims.

4. That as an interested stakeholder, Plaintiff should not be allowed to claim attorneys' fees and litigation costs in filing an interpleader action.

5. That Federal Rules of Civil Procedure, Rule 22 does not make a statutory allowance for attorneys' fees.

6. That the damages of the injured passengers far exceed the interpled insurance funds and it would be inequitable to allow the Plaintiff to deplete this fund.

WHEREFORE, the Estate of Ana DelCarmen Ortez, by and through its personal representative, Rene Armando Rosales, prays that this Court order that Plaintiff is not entitled to the recovery of attorneys' fees or costs incurred from the interplead funds, and for any and all other proper relief to which they may be entitled.

                    Respectfully submitted,

                    Rene Armando Rosales, as Personal Representative for the Estate of Ana DelCarmen Ortez, Counterclaimant

By: **/s/ Wesley A. Cottrell**
      Wesley A. Cottrell
      Arkansas Bar No. 89050
      Cottrell Law Office
      117 South Second Street
      Rogers, Arkansas 72756
      (479) 631-6464; (479) 631-4114 (facsimile)
      wes@cottrelllawoffice.com

## CERTIFICATE OF SERVICE

I, Wesley A. Cottrell, hereby certify that on the 17th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
jbaker@barberlawfirm.com
jonathanebaker@hotmail.com
SCongdon@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
sstrauss@barberlawfirm.com
jharvey@barberlawfirm.com

                    **/s/ Wesley A. Cottrell**