# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                   PLAINTIFF

vs.                                     CASE NO. 4-11-CV-00206BSM

JERRY CASEY; WENDY REYNA, as personal
representative for the ESTATE OF MARIA TERESA
ORTEZ; AMINTA ORTEZ; DAISY VILLEDAS; RENE
ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ; MARIA
HERNANDEZ, individually, and as mother and next of kin
to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ
and ASHLEYAMILCAR HERNANDEZ; ANA ORTIZ;
JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE
DANIEL CERDA, individually, and as father and next of
kin to LIDANIA CERDA and EDREI CERDA; CARMEN
FLORES; CAROLINA GRANDE; MONICA
ALVARADO; CESAR ZELAYA; SONIA MARTINEZ,
individually, and as mother and next of kin to ABIGAIL
MARTINEZ; GLEN NOREGA; CLEMENTINA
CISNEROS; ROSALINDA SILVA, individually and as
mother and next of kin to JOEL SILVA and JEREY
SILVA; JAIME BECERRA, individually, and as father and
next of kin to GWENDOLYN BECERRA, JOCELYN
BECERRA, and BEATRIZ BECERRA; BERTOBELIO
MEJIA; LILIA MEJIA; RUSSELLVILLE HOLDINGS,
LLC d/b/a SAINT MARY'S REGIONAL MEDICAL
CENTER; WASHINGTON REGIONAL MEDICAL
CENTER; CLAY M. BERGER, D.C. d/b/a NATURAL
HEALTHCARE CLINIC; AIR EVAC EMS, INC. d/b/a
AIR EVAC LIFETEAM; ARKANSAS CHILDREN'S
HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a
NORTHWEST MEDICAL CENTER OF WASHINGTON
COUNTY; HUMANA; JOHNSON REGIONAL
MEDICAL CENTER; and ARKANSAS STATE
HIGHWAY AND TRANSPORTATION DEPARTMENT                                DEFENDANTS

WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ; and RENE
ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DELCARMEN ORTEZ                                         COUNTERCLAIMANTS

vs.

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                               COUNTERDEFENDANT

## **COUNTERCLAIM FOR DECLARATORY JUDGMENT**

COMES NOW, Rene Armando Rosales, as the personal representative of the Estate of Ana DelCarmen Ortez, (hereinafter referred to as "Defendant"), by and through his attorney Wesley A. Cottrell, and for his Counterclaim for Declaratory Judgment pursuant to FRCP 57 does state and allege as follows:

### Introduction

1. On behalf of all named Defendants in the underlying claim, the Defendant respectfully requests that this Court rule on this matter as soon as practical in order to allow said Defendants to move forward with private mediation in anticipation of their reaching an agreement on the disbursement of the funds, to be presented to the Court for resolution of the case.

### Parties

2. Argonaut Great Central Insurance Company (hereinafter referred to as "Argonaut") with a listed place of business as 3625 North Sheridan Road, Peoria, Illinois 61533.

3. Renee Armando Rosales, as personal representative of the Estate of Ana DelCarmen Ortez, is a citizen and resident of the State of Arkansas, and resides in Benton County.

### Jurisdiction and Venue

4. This court has subject matter jurisdiction over this matter.

5. Venue is proper.

### Factual Allegations

6. Ana DelCarmen Ortez was a passenger in a commercial bus owned by First Baptist Church of Bentonville (hereinafter referred to as "FBC"), a non-profit church, on April 24, 2010. Ms. Ortez, along with thirty other people, were passengers on the bus being driven by 69-year-old Elaine

A. Casey, a driver permitted by the church to transport this group of passengers to a conference in Little Rock, Arkansas.

7. The driver's negligence caused the bus to overturn resulting in injuries to many of the passengers including Ms. Ortez, who suffered severe injuries to her head and other areas of her body, which she ultimately died from.

8. FBC had purchased multiple policies for this commercial bus which provided coverage for liability, medical payment, uninsured, underinsured and excess (umbrella) coverage. These policies were purchased from Argonaut.

9. FBC is protected by the doctrine of charitable immunity and therefore Argonaut is liable under Arkansas' "direct action statute" (A.C.A. §23-79-210).

10. Argonaut has filed an interpleader action under Rule 22 of the Federal Rules of Civil Procedure and has attempted to remove itself from any further liability by proposing to deposit two million dollars ($2,000,000.00) into the registry of the Court to be divided by the injured passengers. Argonaut has represented that this amount is the limit of the policies covering this vehicle and held by First Baptist Church.

11. A fair reading of the Argonaut policies reveals that the amount of coverage available to the passengers on this bus is the amount of three million dollars ($3,000,000.00). This interpleader is an attempt by Argonaut to relieve itself of any further liability while depriving the passengers and their families of a million dollars ($1,000,000.00) under the underinsurance coverage in the commercial auto policy (attached to the brief as Exhibit No. 1) and to avoid paying the complete limits of the policy.

12. The commercial auto policy provides that underinsured motorist coverage becomes available when the ordinary liability limits, as in this matter, are exceeded by the claims; or in the alternative, the policy contract is so ambiguous that it must read as providing the underinsured motorist benefits to passengers.

13. Argonaut has, through their Senior Claims Adjuster handling this claim, represented and agreed that the policy limits in existence which cover this wreck are in the amount of three million dollars ($3,000,000.00). This agreement by the Argonaut agent, both verbally and in writing, in addition to supporting the argument regarding ambiguity.

WHEREFORE, the Estate of Ana DelCarmen Ortez, by and through its personal representative, Rene Armando Rosales, prays that this Court find as a matter of law that Argonaut owes the total of three million dollars ($3,000,000.00) under its policies, for their attorney's fees, costs and any and all other proper relief to which they may be entitled.

          Respectfully submitted,

          Rene Armando Rosales, as Personal
          Representative for the Estate of Ana
          DelCarmen Ortez, Counterclaimant

By: **/s/ Wesley A. Cottrell**
     Wesley A. Cottrell
     Arkansas Bar No. 89050
     Cottrell Law Office
     117 South Second Street
     Rogers, Arkansas 72756
     (479) 631-6464; (479) 631-4114 (facsimile)
     wes@cottrelllawoffice.com

## CERTIFICATE OF SERVICE

I, Wesley A. Cottrell, hereby certify that on the 17th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
jbaker@barberlawfirm.com
jonathanebaker@hotmail.com
SCongdon@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
sstrauss@barberlawfirm.com
jharvey@barberlawfirm.com

/s/ Wesley A. Cottrell