IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                                    **PLAINTIFF**

VS.                            CASE NO. 4-11-CV-00206BSM

**JERRY CASEY; WENDY REYNA, as personal representative for
the ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDA;
RENEE ARMANDO ROSALES, as personal representative for
the ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin
to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEY AMILCAR HERNANDEZ; ANA ORTIZ; JOSE ESCALANTE;
YOLANDA VELAZQUEZ; JORGE DANIEL CERDA,
individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO; CESAR ZELAYA;
SONIA MARTINEZ, individually, and as mother and next of kin to
ABIGAIL MARTINEZ; GLEN NOREGA; CLEMENTINA CISNEROS;
ROSALINDA SILVA, individually and as mother and next of kin to
JOEL SILVA and JEREY SILVA; JAIME BECERRA, individually,
and as father and next of kin to GWENDOLYN BECERRA,
JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL
MEDICAL CENTER; WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a
NORTHWEST MEDICAL CENTER OF WASHINGTON COUNTY;
HUMANA; JOHNSON REGIONAL MEDICAL CENTER;
and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT**                                                    **DEFENDANTS**


**WENDY REYNA, as personal representative for the ESTATE
OF MARIA TERESA ORTEZ**                                                          **COUNTERCLAIMANT**

VS.

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**     **COUNTER-DEFENDANT**

## SEPARATE DEFENDANT JORGE DANIEL CERDA, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA ANSWER TO COMPLAINT IN INTERPLEADER

Comes now the separate defendant, JORGE DANIEL CERDA, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA, by and through his undersigned attorney, Donald B. Kendall, and for his Answer to Complaint in Interpleader states as follows:

1. Cerda admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10. Cerda admits the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11. Cerda admits that they were passengers in a bus operated by First Baptist Church of Bentonville when it was in an accident that resulted in their personal injury. Cerda admits that they are residents of Benton County, Arkansas. Cerda is without sufficient information to admit or deny the remaining allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 12 of Plaintiff's Complaint and, therefore, denies same.

13. Cerda admits that this is an interpleader action that involves a single-bus accident near London, Arkansas. Cerda admits that they were on the bus, suffered personal injuries as a result of the accident, and are asserting a claim as a result of the injuries they sustained. Cerda is without sufficient information to admit or deny the remaining allegations of Paragraph 13 of Plaintiff's Complaint and, therefore, denies same.

14. Cerda admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Cerda admits the allegations contained in Paragraph 15 of Plaintiff's Compliant.

16. Cerda admits that this action involves a single-bus automobile accident that occurred on or about April 24, 2010 near London, Arkansas, and that the bus was

owned and operated by the First Baptist Church of Bentonville. Cerda is without sufficient information to admit or deny the remaining allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Cerda admits that Plaintiff had issued policy number BA-9124636-04 and UMB 9124636-04 to the First Baptist Church of Bentonville. Cerda is without sufficient information to admit or deny that the First Baptist Church is a charitable or eleemosynary entity otherwise immune from suit. Cerda denies the remaining allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Cerda admits that the damages claimed will likely exceed available coverage. Cerda is without information to admit or deny the remaining allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Cerda admits that Rule 22 of the Federal Rules of Civil Procedure permits a court to receive a deposit of disputed funds into the registry of the Court. Cerda denies the remaining allegations of Paragraph 19 of Plaintiff's Complaint.

20. Cerda is without sufficient information to admit or deny the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Cerda denies the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22. Cerda denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. Cerda denies each and every allegation not otherwise specifically admitted to herein.

24. Cerda affirmatively requests that the deposit of the funds be made in accordance with Local Rule 67.1 and that the funds be deposited into an interest-bearing account in a financial institution insured by the FDIC.

25. Contemporaneously herewith, Cerda has filed a counter-claim and incorporates the allegations as if set forth word for word herein.

26. Cerda asserts the affirmative defense of estoppel.

27. Cerda reserves the right to amend this Answer as discovery is ongoing.

WHEREFORE, separate defendant, JORGE DANIEL CERDA, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA, respectfully requests that the Plaintiff be directed and authorized to deposit the undisputed funds of $2,000,000.00 into an interest bearing account with the registry of this Court; that the defendants be require to strict proof as to any claims for payment; that the Court deny Plaintiff's request to be discharge from further liability in accordance with the allegations of Cerda's Counterclaim; that the Court deny Plaintiff's request for attorneys' fees and litigation expenses; and that Cerda be awarded all other just and proper relief to which he may be entitled.

Respectfully submitted,

/s/ Donald B. Kendall (70037)
dbk@kendalldrewyor.com
/s/ Susan Keller Kendall (98119)
skk@kendalldrewyor.com
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Telephone: (479) 464-9828
Facsimile: (479) 464-9768

ATTORNEYS FOR JORGE DANIEL CERDA individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA

## CERTIFICATE OF SERVICE

I, Donald B. Kendall, hereby certify that on the 18th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

Mr. Scott Michael Strauss
Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Ave., Suite 2700
Little Rock, AR 72201-3414

Mr. Sean T. Keith
Keith, Miller, Butler, Schneider, Pawlick, PLLC
224 S. 2nd Street
Rogers, AR 72756

Wesley A. Cottrell, P.A.
117 South 2nd Street
Rogers, AR 72756-4525

/s/ Donald B. Kendall