IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                **PLAINTIFF**

VS.                    CASE NO. 4-11-CV-00206BSM

JERRY CASEY; WENDY REYNA, as personal representative for
the ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDA;
RENEE ARMANDO ROSALES, as personal representative for
the ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin
to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEY AMILCAR HERNANDEZ; ANA ORTIZ; JOSE ESCALANTE;
YOLANDA VELAZQUEZ; JORGE DANIEL CERDA,
individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO; CESAR ZELAYA;
SONIA MARTINEZ, individually, and as mother and next of kin to
ABIGAIL MARTINEZ; GLEN NOREGA; CLEMENTINA CISNEROS;
ROSALINDA SILVA, individually and as mother and next of kin to
JOEL SILVA and JEREY SILVA; JAIME BECERRA, individually,
and as father and next of kin to GWENDOLYN BECERRA,
JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL
MEDICAL CENTER; WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a
NORTHWEST MEDICAL CENTER OF WASHINGTON COUNTY;
HUMANA; JOHNSON REGIONAL MEDICAL CENTER;
and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                    **DEFENDANTS**


**WENDY REYNA, as personal representative for the ESTATE
OF MARIA TERESA ORTEZ**                    **COUNTERCLAIMANT**

VS.

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**    **COUNTER-DEFENDANT**

## DONALD B. KENDALL'S NOTICE OF APPEARANCE ON BEHALF OF SEPARATE DEFENDANT JORGE DANIEL CERDA, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA

Comes now Donald B. Kendall and hereby enters his appearance as co-counsel for Defendant Jorge Daniel Cerda, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA.

Respectfully submitted,

/s/ Donald B. Kendall (70037)
dbk@kendalldrewyor.com
/s/ Susan Keller Kendall (98119)
skk@kendalldrewyor.com
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Telephone: (479) 464-9828
Facsimile: (479) 464-9768

ATTORNEYS FOR JORGE DANIEL CERDA individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA

## CERTIFICATE OF SERVICE

I, Donald B. Kendall, hereby certify that on the 18th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

Mr. Scott Michael Strauss
Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Ave., Suite 2700
Little Rock, AR 72201-3414

Mr. Sean T. Keith
Keith, Miller, Butler, Schneider, Pawlick, PLLC
224 S. 2nd Street
Rogers, AR 72756

Jeremy Scott Ament
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, PA
119 South Second Street
Rogers, AR 72756

Wesley A. Cottrell, P.A.
117 South 2nd Street
Rogers, AR 72756-4525

/s/ Donald B. Kendall