IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                    PLAINTIFF

VS.                     CASE NO. 4-11-CV-00206BSM

JERRY CASEY; WENDY REYNA, as personal representative for
the ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDA;
RENEE ARMANDO ROSALES, as personal representative for
the ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin
to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEY AMILCAR HERNANDEZ; ANA ORTIZ; JOSE ESCALANTE;
YOLANDA VELAZQUEZ; JORGE DANIEL CERDA,
individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO; CESAR ZELAYA;
SONIA MARTINEZ, individually, and as mother and next of kin to
ABIGAIL MARTINEZ; GLEN NOREGA; CLEMENTINA CISNEROS;
ROSALINDA SILVA, individually and as mother and next of kin to
JOEL SILVA and JEREY SILVA; JAIME BECERRA, individually,
and as father and next of kin to GWENDOLYN BECERRA,
JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL
MEDICAL CENTER; WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a
NORTHWEST MEDICAL CENTER OF WASHINGTON COUNTY;
HUMANA; JOHNSON REGIONAL MEDICAL CENTER;
and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                              DEFENDANTS


**WENDY REYNA, as personal representative for the ESTATE
OF MARIA TERESA ORTEZ**                                    COUNTERCLAIMANT

VS.

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**    COUNTER-DEFENDANT

## DONALD B. KENDALL'S NOTICE OF APPEARANCE
## ON BEHALF OF SEPARATE DEFENDANT DAISY VILLEDA

Comes now Donald B. Kendall and hereby enters his appearance as co-counsel for Defendant Daisy Villeda.

        Respectfully submitted,

        /s/ Donald B. Kendall (70037)
        dbk@kendalldrewyor.com
        /s/ Susan Keller Kendall (98119)
        skk@kendalldrewyor.com
        Kendall Drewyor Law Firm
        3706 Pinnacle Hills Parkway, Suite 201
        Rogers, Arkansas 72758
        Telephone: (479) 464-9828
        Facsimile: (479) 464-9768

ATTORNEYS FOR DAISY VILLEDA

## CERTIFICATE OF SERVICE

I, Donald B. Kendall, hereby certify that on the 17th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following attorneys of record:

Mr. Scott Michael Strauss
Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
400 West Capitol Ave., Suite 2700
Little Rock, AR 72201-3414

Mr. Sean T. Keith
Keith, Miller, Butler, Schneider, Pawlick, PLLC
224 S. 2nd Street
Rogers, AR 72756

Jeremy Scott Ament
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, PA
119 South Second Street
Rogers, AR 72756

Wesley A. Cottrell, P.A.
117 South 2nd Street
Rogers, AR 72756-4525

/s/ Donald B. Kendall