UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL**          **PLAINTIFF/COUNTER-DEFENDANT**
**INSURANCE COMPANY**

v.          CASE NO. 4:11cv00206 BSM

**JERRY CASEY, et al.**          **DEFENDANTS/COUNTER-CLAIMANTS**

### ORDER

Motions for declaratory judgment filed herein will be viewed as motions for summary judgment and counter-defendant Argonaut Great Central Insurance Company will have 21 days from the date of service in which to respond to the counterclaims and will have an additional 21 days in which to respond to the motions for declaratory judgment.

IT IS SO ORDERED this 18th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE