AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Argonaut Great Central Insurance Company

            *Plaintiff*
            v.               )   Case No. 4-11-CV-00206BSM

Jerry Casey; et al.     )
                        )
                        )
                        )
            *Defendant*

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Aminta Ortez

Date: March 18, 2011

/s/ Wesley A. Cottrell
*Attorney's signature*

Wesley A. Cottrell, Bar No. 89050
*Printed name and bar number*

117 South 2nd Street
*Address*

Rogers, AR 72756
*Address2*

(479) 631-6464
*Telephone number*

wes@cottrelllawoffice.com
*Email Address*

## CERTIFICATE OF SERVICE

I, Wesley A. Cottrell, hereby certify that on the 18th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
jbaker@barberlawfirm.com
jonathanebaker@hotmail.com
SCongdon@barberlawfirm.com

Mr. Scott Michael Strauss
sstrauss@barberlawfirm.com
jharvey@barberlawfirm.com

Mr. Jeremy Scott Ament
jsa@mcrmt.com

Mr. Sean T. Keith
Ms. Anna R. Betts
skeith@arkattorneys.com

Ms. Susan Keller Kendall
skk@kendalldrewyor.com

/s/   Wesley A. Cottrell
Name: Wesley A. Cottrell
Bar Number: 89050
Attorney for: Aminta Ortez
Law Firm Name: Cottrell Law Office
Law Firm Address: 117 South 2nd Street
City State ZIP: Rogers, AR 72756
Phone Number: (479) 631-6464
Email Address: wes@cottrelllawoffice.com