IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                                    PLAINTIFF

vs.                             CASE NO. 4-11-CV-00206BSM

JERRY CASEY; WENDY REYNA, as personal
representative for the ESTATE OF MARIA TERESA
ORTEZ; AMINTA ORTEZ; DAISY VILLEDAS; RENE
ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ; MARIA
HERNANDEZ, individually, and as mother and next of kin
to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ
and ASHLEYAMILCAR HERNANDEZ; ANA ORTIZ;
JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE
DANIEL CERDA, individually, and as father and next of
kin to LIDANIA CERDA and EDREI CERDA; CARMEN
FLORES; CAROLINA GRANDE; MONICA
ALVARADO; CESAR ZELAYA; SONIA MARTINEZ,
individually, and as mother and next of kin to ABIGAIL
MARTINEZ; GLEN NOREGA; CLEMENTINA
CISNEROS; ROSALINDA SILVA, individually and as
mother and next of kin to JOEL SILVA and JEREY
SILVA; JAIME BECERRA, individually, and as father and
next of kin to GWENDOLYN BECERRA, JOCELYN
BECERRA, and BEATRIZ BECERRA; BERTOBELIO
MEJIA; LILIA MEJIA; RUSSELLVILLE HOLDINGS,
LLC d/b/a SAINT MARY'S REGIONAL MEDICAL
CENTER; WASHINGTON REGIONAL MEDICAL
CENTER; CLAY M. BERGER, D.C. d/b/a NATURAL
HEALTHCARE CLINIC; AIR EVAC EMS, INC. d/b/a
AIR EVAC LIFETEAM; ARKANSAS CHILDREN'S
HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a
NORTHWEST MEDICAL CENTER OF WASHINGTON
COUNTY; HUMANA; JOHNSON REGIONAL
MEDICAL CENTER; and ARKANSAS STATE
HIGHWAY AND TRANSPORTATION DEPARTMENT                                     DEFENDANTS

WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ; RENE
ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DELCARMEN ORTEZ; DAISY
VILLEDA; and AMINTA ORTEZ                                                                      COUNTERCLAIMANTS

vs.

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                       COUNTERDEFENDANT

## ANSWER TO COMPLAINT IN INTERPLEADER

COMES NOW Separate Defendant, Aminta Ortez (hereinafter referred to as "Defendant"), , by and through her attorney, Wesley A. Cottrell, and for her Answer to Complaint in Interpleader states as follows:

### PARTIES

1. Defendant admits that Plaintiff is an Illinois Corporation with its principal place of business in Peoria, Illinois and that Plaintiff is licensed to do business in Arkansas.

2. Defendant is without sufficient information to either admit or deny the allegations contained in Paragraphs 2-9 of the Complaint and, therefore, those allegations are denied.

3. Defendant admits the allegations contained in Paragraph 10 of the Complaint.

4. Aminta Ortez was a resident of Benton County at the time of the accident. Defendant is without sufficient information to either admit or deny the remaining allegations of Paragraph 11 and it is therefore denied.

5. Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 12 and it is therefore denied.

### JURISDICTION AND VENUE

6. Defendant admits that this action involves a single-bus accident that occurred on Interstate 40 near the London, Arkansas, that Aminta Ortez was a passenger who sustained serious injuries in this wreck, and whose daughter, Ana DelCarmen Ortez, died as a result of her own personal injuries sustained in the wreck, and that Aminta Ortez has asserted claims for personal injury and other damages incurred as result of this accident. Defendant is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 13 of the Complaint and, therefore, those allegations are denied.

7. Defendant admits the allegations of diversity jurisdiction contained in Paragraph 14 of the Complaint.

8.   Defendant admits the allegations of proper venue contained in Paragraph 15 of the Complaint.

## FACTUAL ALLEGATIONS

9.   Defendant admits the allegations contained in Paragraph 16 of the Complaint.

10.   Defendant admits that at the time of the accident Plaintiff had issued two (2) policies of insurance, BA-9124636-04 and UMB 9124636-04 to the First Baptist Church of Bentonville, Arkansas. Defendant also admits that based upon information and belief that the First Baptist Church of Bentonville Arkansas is a charitable entity and is therefore immune from suit. However, Defendant denies all other allegations contained in Paragraph 17.

11.   Defendant admits that the damages claimed by all defendants will exceed two million dollars ($2,000,000), however, Defendant is without sufficient information to either admit or deny all other allegations contained in Paragraph 18 of the Complaint and, therefore, those allegations are denied.

12.   Defendant admits that Rule 22 of The Federal Rules of Civil Procedure permits a Court to receive a deposit of disputed funds into the registry of the Court and that the Court can require all parties in dispute to interplead their claims to the court pursuant to Rule 22(a). However, Defendant denies the act of deposit alone relieves the depositor of liability when there is a dispute as to whether the funds are all of the available funds for deposit.

13.   Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 20 of the Complaint and, therefore, those allegations are denied.

14.   Defendant denies that the Federal Rules of Civil Procedure Rule 22 provide for recovery of attorneys' fees and litigation expenses and denies that Plaintiff is entitled to litigation expenses and attorneys' fees in bringing this action.

15.   Defendant denies that Plaintiff is entitled to any fees or costs, including litigation expenses and attorneys' fees and Defendant denies that Plaintiff should be discharged from further

liability or participation in this action because the amount of available and deposited funds is in dispute.

## AFFIRMATIVE DEFENSES

16.     Defendant affirmatively pleads the defense of estoppel. Based upon Plaintiff's prior actions, statements, and other conduct, Plaintiff is estopped from denying the availability of three million dollars ($3,000,000) in insurance coverage.

WHEREFORE, for the above-stated reasons and for those further stated in the simultaneously filed Motion for Declaratory Judgment and Brief in support thereof, Separate Defendant, Aminta Ortez, respectfully requests that this Court does not discharge Plaintiff from further liability and does not award attorneys' fees or costs to Plaintiff. Further, Defendant affirmatively asks that the Court require the two million dollars ($2,000,000) in undisputed coverage to be immediately deposited into the registry of the court pending further litigation and decisions as to the disputed amount, that the Court grant Defendant all other relief allowed by law.

Respectfully Submitted,

Aminta Ortez, Counterclaimant

By:  /s/ Wesley A. Cottrell
Wesley A. Cottrell
Arkansas Bar No. 89050
Cottrell Law Office
117 South Second Street
Rogers, Arkansas  72756
(479) 631-6464; (479) 631-4114 (facsimile)
wes@cottrelllawoffice.com

## CERTIFICATE OF SERVICE

I, Wesley A. Cottrell, hereby certify that on the 18th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
jbaker@barberlawfirm.com
jonathanebaker@hotmail.com
SCongdon@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
sstrauss@barberlawfirm.com
jharvey@barberlawfirm.com

Mr. Jeremy Scott Ament
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, PA
119 South Second Street
Rogers, AR 72756-4525
479-636-0875
jsa@mcrmt.com

Mr. Sean T. Keith
Ms. Anna R. Betts
Keith, Miller, Butler, Schneider & Pawlik, P.L.L.C.
224 South Second Street
Rogers, AR 72756
479-621-0006
skeith@arkattorneys.com

Ms. Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway
Suite 201
Rogers, AR 72758
479-464-9828
skk@kendalldrewyor.com

/s/ **Wesley A. Cottrell**