## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY | | PLAINTIFF |
| vs. | **CASE NO. 4-11-CV-00206BSM** | |
| JERRY CASEY; WENDY REYNA, as personal representative for the ESTATE OF MARIA TERESA ORTEZ; AMINTA ORTEZ; DAISY VILLEDAS; RENE ARMANDO ROSALES, as personal representative for the ESTATE OF ANA DEL CARMEN ORTEZ; MARIA HERNANDEZ, individually, and as mother and next of kin to KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and ASHLEYAMILCAR HERNANDEZ; ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE DANIEL CERDA, individually, and as father and next of kin to LIDANIA CERDA and EDREI CERDA; CARMEN FLORES; CAROLINA GRANDE; MONICA ALVARADO; CESAR ZELAYA; SONIA MARTINEZ, individually, and as mother and next of kin to ABIGAIL MARTINEZ; GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and as mother and next of kin to JOEL SILVA and JEREY SILVA; JAIME BECERRA, individually, and as father and next of kin to GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA; BERTOBELIO MEJIA; LILIA MEJIA; RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER; WASHINGTON REGIONAL MEDICAL CENTER; CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC; AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM; ARKANSAS CHILDREN'S HOSPITAL; QHG OF SPRINGDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and ARKANSAS STATE HIGHWAY AND TRANSPORTATION DEPARTMENT | | DEFENDANTS |
| WENDY REYNA, as personal representative for the ESTATE OF MARIA TERESA ORTEZ; RENE ARMANDO ROSALES, as personal representative for the ESTATE OF ANA DELCARMEN ORTEZ; DAISY VILLEDA; and AMINTA ORTEZ | | COUNTERCLAIMANTS |
| vs. | | |
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY | | COUNTERDEFENDANT |

## COUNTERCLAIM FOR DECLARATORY JUDGMENT

COMES NOW, Aminta Ortez, (hereinafter referred to as "Defendant"), by and through her attorney Wesley A. Cottrell, and for her Counterclaim for Declaratory Judgment pursuant to FRCP 57 does state and allege as follows:

### Introduction

1. On behalf of all named Defendants in the underlying claim, the Defendant respectfully requests that this Court rule on this matter as soon as practical in order to allow said Defendants to move forward with private mediation in anticipation of their reaching an agreement on the disbursement of the funds, to be presented to the Court for resolution of the case.

### Parties

2. Argonaut Great Central Insurance Company (hereinafter referred to as "Argonaut") with a listed place of business as 3625 North Sheridan Road, Peoria, Illinois 61533.

3. Aminta Ortez is a citizen and resident of the State of Arkansas, and resides in Benton County.

### Jurisdiction and Venue

4. This court has subject matter jurisdiction over this matter.

5. Venue is proper.

### Factual Allegations

6. Aminta Ortez was a passenger in a commercial bus owned by First Baptist Church of Bentonville (hereinafter referred to as "FBC"), a non-profit church, on April 24, 2010. Ms. Ortez, along with thirty other people, were passengers on the bus being driven by 69-year-old Elaine A. Casey, a driver permitted by the church to transport this group of passengers to a conference in Little Rock, Arkansas.

7. The driver's negligence caused the bus to overturn resulting in injuries to many of the passengers including Ms. Ortez, who suffered severe injuries to her body, and who watched helplessly as her daughter, Ana DelCarmen Ortez, who was also a passenger and who suffered severe injuries to her head and other areas of her body, lay dying next to her.

8. FBC had purchased multiple policies for this commercial bus which provided coverage for liability, medical payment, uninsured, underinsured and excess (umbrella) coverage. These policies were purchased from Argonaut.

9. FBC is protected by the doctrine of charitable immunity and therefore Argonaut is liable under Arkansas' "direct action statute" (A.C.A. §23-79-210).

10. Argonaut has filed an interpleader action under Rule 22 of the Federal Rules of Civil Procedure and has attempted to remove itself from any further liability by proposing to deposit two million dollars ($2,000,000.00) into the registry of the Court to be divided by the injured passengers. Argonaut has represented that this amount is the limit of the policies covering this vehicle and held by First Baptist Church.

11. A fair reading of the Argonaut policies reveals that the amount of coverage available to the passengers on this bus is the amount of three million dollars ($3,000,000.00). This interpleader is an attempt by Argonaut to relieve itself of any further liability while depriving the passengers and their families of a million dollars ($1,000,000.00) under the underinsurance coverage in the commercial auto policy (attached to the brief as Exhibit No. 1) and to avoid paying the complete limits of the policy.

12. The commercial auto policy provides that underinsured motorist coverage becomes available when the ordinary liability limits, as in this matter, are exceeded by the claims; or in the alternative, the policy contract is so ambiguous that it must read as providing the underinsured motorist benefits to passengers.

13. Argonaut has, through their Senior Claims Adjuster handling this claim, represented and agreed that the policy limits in existence which cover this wreck are in the amount of three million dollars ($3,000,000.00). This agreement by the Argonaut agent, both verbally and in writing, in addition to supporting the argument regarding ambiguity.

WHEREFORE, the Aminta Ortez, prays that this Court find as a matter of law that Argonaut owes the total of three million dollars ($3,000,000.00) under its policies, for their attorney's fees, costs and any and all other proper relief to which they may be entitled.

Respectfully submitted,

Aminta Ortez, Counterclaimant

By: __/s/ Wesley A. Cottrell__
Wesley A. Cottrell
Arkansas Bar No. 89050
Cottrell Law Office
117 South Second Street
Rogers, Arkansas 72756
(479) 631-6464; (479) 631-4114 (facsimile)
wes@cottrelllawoffice.com

## CERTIFICATE OF SERVICE

      I, Wesley A. Cottrell, hereby certify that on the 18th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

Mr. Jonathan E. Baker
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
jbaker@barberlawfirm.com
jonathanebaker@hotmail.com
SCongdon@barberlawfirm.com

Mr. Scott Michael Strauss
Barber, McCaskill, Jones & Hale, P.A.
Regions Center
400 W. Capitol Ave., Suite 2700
Little Rock, AR 72201-3414
sstrauss@barberlawfirm.com
jharvey@barberlawfirm.com

Mr. Jeremy Scott Ament
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, PA
119 South Second Street
Rogers, AR 72756-4525
479-636-0875
jsa@mcrmt.com

Mr. Sean T. Keith
Ms. Anna R. Betts
Keith, Miller, Butler, Schneider & Pawlik, P.L.L.C.
224 South Second Street
Rogers, AR 72756
479-621-0006
skeith@arkattorneys.com

Ms. Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway
Suite 201
Rogers, AR 72758
479-464-9828
skk@kendalldrewyor.com

                                                        **/s/ Wesley A. Cottrell**