IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**
    **PLAINTIFF**

VS.                          CASE NO. 4-11-CV-0206

**JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDAS;
RENEE ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to
KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEY AMILCAR HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;
JORGE DANIEL CERDA, individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO;
CESAR ZELAYA; SONIA MARTINEZ ,individually,
and as mother and next of kin to JOEL SILVA and JEREY SILVA;
JAIME BECERRA, individually, and as father and next of kin to
GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a
SAINT MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINGDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF
WASHINGTON COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL
CENTER; and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT**
    **DEFENDANT**

## NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

Please enter my appearance in this case as counsel for Separate Defendant, Arkansas State Highway and Transportation Department.

Respectfully submitted,

By: /s/ Michelle Davenport
Michelle Davenport, Ark. Bar #2001-166
Staff Attorney
Arkansas State Highway and Transportation Department
P.O. 2261
Little Rock, Arkansas 72203
(501) 569-2157
Michelle.davenport@arkansashighways.com

CERTIFICATE OF SERVICE

I, Michelle Davenport, Staff Attorney, do hereby certify that on this 18th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using EM/ECF system, which will notify the following CM/ECF participants:

Scott M. Strauss
400 W. Capitol
Suite 2700
Little Rock, AR 72201
sstrauss@barberlawfirm.com

Jonathan E. Baker
 400 W. Capitol
Suite 2700
Little Rock, AR 72201
jbaker@barberlawfirm.com

/s/ Michelle Davenport