AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

Argonaut Great Central Insurance Company

*Plaintiff*
v.

Jerry Casey; Wendy Reyna, as Personal
Representative for the Estate of Maria Teresa
Ortez, et. al.

*Defendant*

)
)
)
)
)
)
)

Case No. 4-11-cv-0206 BSM

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Russellville Holdings, LLC d/b/a St. Mary's Regional Medical Center

Date: March 21, 2011

*J. Boone*
_____
*Attorney's signature*

Tim Boone         AR BIN 86023
_____
*Printed name and bar number*

400 W. Capitol Avenue, Suite 1900
_____
*Address*

Little Rock, AR 72201
_____
*Address2*

(501) 374-6535
_____
*Telephone number*

tim.boone@mrmblaw.com
_____
*Email Address*

CERTIFICATE OF SERVICE

Mr. Scott M. Strauss    sstrauss@barberlawfirm.com
BARBER LAW FIRM
400 W. Capitol Avenue, Suite 2700
Little Rock, Arkansas 72201

Mr. Jonathan E. Baker    jbaker@barberlawfirm.com
BARBER LAW FIRM
400 W. Capitol Avenue, Suite 2700
Little Rock, Arkansas 72201

/s/    Tim Boone
Name: Tim Boone
Bar Number: 86023
Attorney for: Russellville Holdings, LLC/St. Mary's Regis
Law Firm Name: Munson,Rowlett,Moore & Boone, P.A.
Law Firm Address: 400 W. Capitol Avenue, Suite 1900
City State ZIP:  :Little Rock, AR 72201
Phone Number: (501) 374-6535
Email Address: tim.boone@mrmblaw.com