AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Argonaut Great Central Insurance Company

                      *Plaintiff*
                        v.                         )    Case No. 4-11-cv-0206 BSM

Jerry Casey; Wendy Reyna, as Personal Representative for the Estate of Maria Teresa Ortez, et. al.

*Defendant*

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Russellville Holdings, LLC d/b/a St. Mary's Regional Medical Center

Date: March 21, 2011

*Attorney's signature*

Mary Carole Crane      AR BIN 2005135
*Printed name and bar number*

400 W. Capitol Avenue, Suite 1900
*Address*

Little Rock, AR 72201
*Address2*

(501) 374-6535
*Telephone number*

mc.crane@mrmblaw.com
*Email Address*

CERTIFICATE OF SERVICE

Mr. Scott M. Strauss        sstrauss@barberlawfirm.com
BARBER LAW FIRM
400 W. Capitol Avenue, Suite 2700
Little Rock, Arkansas 72201

Mr. Jonathan E. Baker       jbaker@barberlawfirm.com
BARBER LAW FIRM
400 W. Capitol Avenue, Suite 2700
Little Rock, Arkansas 72201

/s/    Mary Carole Crane
Name: Mary Carole Crane
Bar Number: 2005135
Attorney for: Russellville Holdings, LLC/St. Mary's Regi
Law Firm Name: Munson,Rowlett,Moore & Boone, P.A.
Law Firm Address: 400 W. Capitol Avenue, Suite 1900
City State ZIP: :Little Rock, AR 72201
Phone Number: (501) 374-6535
Email Address: mc.crane@mrmblaw.com