

CASE NO. 4-11-CV-00206BSM
Lorena Rodriguez
to:
clerksoffice@ared.uscourts.gov
03/22/2011 10:10 AM
Show Details

1 Attachment



Answer to Complaint in Interpleader - redacted.pdf

### Lorena Rodriguez
Assistant to Mauricio A. Herrera & Jeremy S. Ament
Matthews, Campbell, Rhoads, McClure,
Thompson & Fryauf, P.A.
119 S. Second Street
Rogers, AR 72756
(479) 636-0875
lorena@mcrmt.com

Please be advised that this email and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.