

Argonaut Great Central Insurance Company v. Jerry Casey, et al, 4-11-cv-0206 BSM

Chevon Carpenter

to:
'clerksoffice@ared.uscourts.gov'
03/22/2011 12:40 PM

Cc:
Mary Carole Crane
Show Details

7 Attachments

 

02 - ANSWER & CROSS-CLAIM -Redacted.pdf   Exhibit A (Aff of Acct Bal - Daisy Villeda).pdf

 

Exhibit B (Aff of Acct Bal - Jorge Cerda).pdf   Exhibit D (Signed Benefits - Daisy Villeda - Redacated).pdf

 

Exhibit E (Signed Benefits - Jorge Cerda - Redacted).pdf   Exhibit F (Signed Beneftis - Minor - Redacted).pdf



Exhibit C (Aff of Acct Bal - Minor - Redacted).pdf

Per my conversation with the ECF help desk on today's date, as well as with Betty in the Judge Miller's chambers on Monday, March 21, 2011, attached is a redacted Answer and Cross-Claim which needs to be filed in the above matter.  The Answer to Interpleader Complaint and Cross-Claim was originally filed on March 21, 2011, and contained information that needs to be redacted.  Betty advised we needed to file a redacted Answer and Cross-Claim omitting all references to any information which needed to be redacted from the Answer & Cross-Claim, as well as the exhibits.  I have attached the REDACTED Answer and Cross-Claim of Russellville Holdings, LLC dba St. Mary's Regional Medical Center, with exhibits, which need to be filed in this matter.   Please file the redacted Answer and Cross-Claim with exhibits in lieu of the original Answer and Cross-Claim with exhibits.  If there is anything further I need to do on my end, please do not hesitate to call me.

Thank you so very much for your kind assistance in this matter.

Chevon M. Carpenter
Asst. to Mary Carole Crane
Munson,Rowlett,Moore & Boone, P.A.
400 W. Capitol Avenue, Suite 1900
Little Rock, AR 72201
501/374-6535 PH/ 374-5906 FX

chevon.carpenter@mrmblaw.com

NOTICE: This message and any attachment(s) are intended only for the addressee and may contain information that is privileged and/or confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, the sender did not intend to waive and does not waive any privilege or the confidentiality of the message and any attachment(s), and you are hereby notified that any dissemination of this communication is strictly prohibited. If you receive this communication in error, please notify the sender and/or the firm's administrator immediately by e-mail at administrator@mrmblaw.com or by telephone at (501) 374-6535 and delete the message and attachments from your computer and network. Thank you.