IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL
INSURANCE COMPANY                                                        PLAINTIFF

VS.                              NO. 4-11-CV-0206 BSM

JERRY CASEY; WENDY REYNA,
As Personal Representative for the
ESTATE of MARIA TERESA ORETZ; AMANITA ORTEZ;
DAISY VILLEDAS; RENEE ARMANDO ROSALES, As
Personal Representative for the ESTATE of
ANA DEL MINOR CORTEZ; MARIA HERNÁNDEZ,
Individually, and as Mother and Next of
Kin to MINOR "K.H.", MINOR "K.H." and MINOR "A.A.H.";
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;
JORGE DANIEL CERDA, Individually, and as
Father and Next of Kin to MINOR "L.C." and
MINOR "E.C."; CARMEN FLORES; CAROLINA GRANDE;
MONICA ALVARADO; CESAR ZELAYA; SONIA MARTÍNEZ,
Individually, and as Mother and Next of Kin to
MINOR "A.M."; GLEN NOREGA; CLEMENTINA CISNEROS;
ROSALINDA SILVA, Individually and as Mother and
Next of Kin to MINOR "J.S." and MINOR "J.S.";
JAIME BECERRA, Individually, and as Father
and Next of Kin to MINOR "G.B.", MINOR "J.B."
and MINOR "B.B."; BERTOBELIO MEJIA;
LILIA MEJIA; RUSSELLVILLE HOLDINGS, LLC,
d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C., d/b/a NATURAL
HEALTHCARE CLINIC; AIR EVAC EMS, INC., d/b/a
AIR EVAC LIFETEAM; ARKANSAS CHILDREN'S
HOSPITAL; QHG of SPRINGDALE, INC., d/b/a
NORTHWEST MEDICAL CENTER OF WASHINGTON
COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL
CENTER; and ARKANSAS STATE HIGHWAY and
TRANSPORTATION DEPARTMENT                                            DEFENDANTS

**AMENDED CROSS-CLAIM of SEPARATE DEFENDANT
RUSSELLVILLE HOLDINGS, LLC D/B/A
SAINT MARY'S REGIONAL MEDICAL CENTER**

2

Comes Russellville Holdings, LLC (hereinafter Cross-Claimant) and for its Fed. R. Civ. P. 13(g) Amended Cross-Claim against co-parties Daisy Villeda, Jorge Cerda, and Sonia Martinez, individually, and as mother and next kin of a minor herein referred to as "A.M." (cumulatively referred to as Cross-Claim Defendants), and states:

1.   This Court has jurisdiction over the parties and venue is proper.

2.   On or about April 24, 2010 the Cross-Claim Defendants Villeda, Cerda, and the minor herein referred to as "A.M." were admitted to St. Mary's Regional Medical Center where they sustained injuries from the automobile accident that is the subject-matter of the Interpleader at issue filed by Argonaut Great Central Insurance Company.

3.   As a result of the treatment provided by Cross-Claimant, Daisy Villeda is indebted to the Cross-Claimant in the amount of $80,677.50.

4.   Daisy Villeda owes Cross-Claimant the sum of eighty thousand six hundred seventy-seven dollars and fifty cents ($80,677.50), as set out in the verified affidavit and schedule of account attached as Exhibit "A" to the original Cross-Claim, which was provided pursuant to Arkansas Code Annotated § 16-45-

104; demand has been made on the account; and, payment has not been made.

5.    Cross-Claimant seeks judgment against Daisy Villeda for that amount, plus interest thereon at the legal rate allowed by law, plus attorney's fees, costs, and all other amounts which may be due and owing.

6.    As a result of the treatment provided by Cross-Claimant, Jorge Cerda is indebted to the Cross-Claimant in the amount of $15,403.20.

7.    Jorge Cerda owes Cross-Claimant the sum of fifteen thousand four hundred three dollars and twenty cents ($15,403.20), as set out in the verified affidavit and schedule of account attached as Exhibit "B" to the original Cross-Claim, which was provided pursuant to Arkansas Code Annotated § 16-45-104; demand has been made on the account; and, payment has not been made.

8.    Cross-Claimant seeks judgment against Jorge Cerda for that amount, plus interest thereon at the legal rate allowed by law, plus attorney's fees, costs, and all other amounts which may be due and owing.

9.    As a result of the treatment provided by Cross-Claimant, Sonia Martinez, individually, and as mother and next

4

kin of the minor "A.M.," is indebted to the Cross-Claimant in the amount of $43,464.80 for services provided to minor "A.M".

10.  Sonia Martinez owes Cross-Claimant the sum of forty-three thousand four hundred sixty-four dollars and eighty cents ($43,464.80), as set out in the verified affidavit and schedule of account attached to the original Cross-Claim as Exhibit "C", which was provided pursuant to Arkansas Code Annotated § 16-45-104; demand has been made on the account; and, payment has not been made.

11.  Cross-Claimant seeks judgment against Sonia Martinez individually, and as mother an next friend of the minor "A.M." for that amount, plus interest thereon at the legal rate allowed by law, plus attorney's fees, costs, and all other amounts which may be due and owing.

12.  An itemization of each medical bill is not attached to this Amended Cross-Claim due to the requirements of the Health Insurance Portability and Accountability Act (HIPAA), which provides that a covered entity may disclose protected health information only to the extent that such use or disclosure is required by law and the use or disclosure complies with and is limited to the relevant requirements of the law.  45 C.F.R. 164.512(a).  An itemization of the relevant medical bills is available to the court or Cross-Claim Defendants upon request.

5

13. In further support of its claim, Cross-Claimant attaches hereto as Exhibits "D", "E", and "F" a copy of the assigned benefits as executed by Daisy Villeda, Jorge Cerda, and person on behalf of A.M., minor, believed to be Sonia Martinez, respectively, in favor of the Cross-Claimant.

14. In the alternative to being fully and completely compensated by the Plaintiff Argonaut Great Central Insurance Company in its Interpleader, Cross-Claimant seeks judgment against Cross-Claim Defendants in the amounts as described herein, plus interest thereon at the legal rate allowed by law, plus attorneys' fees, costs, and all other amounts which may be due and owing.

WHEREFORE, Cross-Claimant requests that it have judgment against Daisy Villeda in the amount of $80,677.50, Jorge Cerda in the amount of $15,403.20, and Sonia Martinez, individually and as mother and next of kin to "A.M.," minor, in the amount of $43,464.80; or, for the alternative relief of being fully compensated these amounts by the Plaintiff in the Interpleader Order; for any and all interest due and owing under Arkansas law; for costs herein expended; for reasonable attorneys' fees; and for all other just and proper relief to which it may be entitled.

6

## CERTIFICATE OF SERVICE

I, Mary Carole Crane, state that on **March 22, 2011**, a true and correct copy of the foregoing pleading was served electronically via the Court's electronic case filing system, CM/ECF, on the following individual(s):

| | |
|---|---|
| Scott M. Strauss | sstrauss@barberlawfirm.com |
| Jonathan E. Baker | jbaker@barberlawfirm.com |
| Sean T. Keith | skeith@barberlawfirm.com |

**BARBER LAW FIRM**
400 W. Capitol Avenue, Suite 2700
Little Rock, Arkansas 72201

| | |
|---|---|
| Anna R. Betts | abetts@arkattorneys.com |
| Donald B. Kendall | dbk@kendalldrewyor.com |
| Susan Keller Kendall | skk@kendalldrewyor.com |
| Jeremy Scott Ament | jsa@mcrmet.com |
| Michael Richard Bond | michael.bond@kutakrock.com |

Michelle Lee Davenport
michelle.davenport@arkansashighways.com

| | |
|---|---|
| Wesley Allen Cottrell | wes@cottrelllawoffice.com |

//s// ***Mary Carole Crane***
MARY CAROLE CRANE

MCC/cmc
StMarys;Argonaut(25373).Amended Cross-Claim