IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                       PLAINTIFF

VS.                            CASE NO. 4-11-CV-0206-BSM

**JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDAS;
RENEE ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to
KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEYAMILCAR HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;
JORGE DANIEL CERDA, individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO;
CESAR ZELAYA; SONIA MARTINEZ, individually,
and as mother and next of kin to ABIGAIL MARTINEZ;
GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and
as mother and next of kin to JOEL SILVA and JEREY SILVA;
JAIME BECERRA, individually, and as father and next of kin to
GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON
COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and
ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT**                                         DEFENDANTS

**WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ, et al**                           COUNTERCLAIMANTS

VS.

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                   COUNTERDEFENDANT

## RESPONSE TO DAISY VILLEDAS' MOTION TO PREVENT RECOVERY OF PLAINTIFF'S ATTORNEYS' FEES

Comes the plaintiff/counterdefendant, Argonaut Great Insurance Company (hereinafter "Argonaut"), by its attorneys, Barber, McCaskill, Jones & Hale, P.A., and for its Response to Daisy Villedas' Motion to Prevent Recovery of Plaintiff's Attorneys' Fees, states:

1. The decision on whether to award attorneys' fees in an action brought pursuant to Rule 22 of the Federal Rules of Civil Procedure is a decision that rest solely within the discretion of the trial court.

2. Argonaut agrees to a recovery of attorneys' fees in this case if the Court chooses to award same.

WHEREFORE, plaintiff/counterdefendant, Argonaut Great Central Insurance Company, prays the Motion to Prevent Recovery of Plaintiff's Attorneys' Fees be denied, and for all other just and proper relief.

        Respectfully submitted,

        BARBER, McCASKILL, JONES & HALE, P.A.
        Attorneys for Plaintiff
        400 W. Capitol, Suite 2700
        Little Rock, AR 72201
        (501) 707-6129/(501) 372-2802 (Fax)

By: /s/ Jonathan E. Baker_____
    Scott M. Strauss       AR BIN  92009
    Jonathan E. Baker    AR BIN  08176

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification and a copy of the foregoing to the following attorneys of record:

Mr. Sean T. Keith
Keith, Miller, Butler, Schneider & Pawlick, PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
skeith@arkattorneys.com

Ms. Anna R. Betts
Keith, Miller, Butler, Schneider & Pawlick, PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
abetts@arkattorneys.com

Mr. Jeremy Ament
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, P.A.
119 South Second Street
Rogers, Arkansas 72756
jsa@mcrmt.com

Ms. Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
skk@kendalldrewyor.com

Mr. Donald B. Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
dbk@kendalldrewyor.com

Mr. Wesley A. Cottrell
Cottrell Law Office
117 South Second Street
Rogers, Arkansas 72756
wes@cottrelllawoffice.com

Ms. Michelle Davenport
Arkansas Highway and Transportation Department
P.O. Box 2261
Little Rock, Arkansas 72203
Michelle.davenport@arkansashighways.com


                                                __/s/ Jonathan E. Baker_____
                                                    Jonathan E. Baker