IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                                        **PLAINTIFF**

VS.                             CASE NO. 4-11-CV-0206-BSM

**JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ;
AMINTA ORTEZ; DAISY VILLEDAS;
RENEE ARMANDO ROSALES, as personal representative for the
ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to
KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and
ASHLEYAMILCAR HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;
JORGE DANIEL CERDA, individually, and as father and next of kin to
LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;
CAROLINA GRANDE; MONICA ALVARADO;
CESAR ZELAYA; SONIA MARTINEZ, individually,
and as mother and next of kin to ABIGAIL MARTINEZ;
GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and
as mother and next of kin to JOEL SILVA and JEREY SILVA;
JAIME BECERRA, individually, and as father and next of kin to
GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA;
BERTOBELIO MEJIA; LILIA MEJIA;
RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;
AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON
COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and
ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT**                                                                                   **DEFENDANTS**

**WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ, et al**                                           **COUNTERCLAIMANTS**

VS.

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                       **COUNTERDEFENDANT**

## BRIEF IN SUPPORT OF RESPONSE TO DAISY VILLEDAS' MOTION TO PREVENT RECOVERY OF PLAINTIFF'S ATTORNEYS' FEES

The decision on whether to award attorneys fees in an Interpleader action brought pursuant to Rule 22 of the Federal Rules of Civil Procedure is a matter that rest solely within the discretion of the Court. *See* Blackmon Auctions v. Van Buren Truck Ctr., 1996 U.S. Dist. LEXIS 3228 (W.D. Ark 1996 (holding Courts "have discretion to award costs and attorney's fees in appropriate interpleader cases whenever it is fair and equitable to do so"). Given that the decision rests solely within the trial Court's discretion, Argonaut agrees to an award of attorneys' fees if this Court determines it is "fair and equitable to do so." Id. at 4.

Respectfully submitted,

BARBER, McCASKILL, JONES & HALE, P.A.
Attorneys for Plaintiff
400 W. Capitol, Suite 2700
Little Rock, AR 72201
(501) 707-6129/(501) 372-2802 (Fax)

By: /s/ Jonathan E. Baker
    Scott M. Strauss    AR BIN 92009
    Jonathan E. Baker    AR BIN 08176

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification and a copy of the foregoing to the following attorneys of record:

Mr. Sean T. Keith
Keith, Miller, Butler, Schneider & Pawlick, PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
skeith@arkattorneys.com

Ms. Anna R. Betts
Keith, Miller, Butler, Schneider & Pawlick, PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
abetts@arkattorneys.com

Mr. Jeremy Ament
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, P.A.
119 South Second Street
Rogers, Arkansas 72756
jsa@mcrmt.com

Ms. Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
skk@kendalldrewyor.com

Mr. Donald B. Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
dbk@kendalldrewyor.com

Mr. Wesley A. Cottrell
Cottrell Law Office
117 South Second Street
Rogers, Arkansas 72756
wes@cottrelllawoffice.com

Ms. Michelle Davenport
Arkansas Highway and Transportation Department
P.O. Box 2261
Little Rock, Arkansas 72203
Michelle.davenport@arkansashighways.com


                                           __/s/ Jonathan E. Baker_____
                                              Jonathan E. Baker