

**Emailing: Exhibit A**
Darst, Dustin R.   to: clerksoffice@ared.uscourts.gov          03/23/2011 10:40 AM

1 attachment


Exhibit A.pdf

Tammy,

The case is 4:11-cv-00206-BSM.  Our firm represents Johnson Regional Medical Center.  We filed our answer on March 21, 2011, Document 68.

The answer has one exhibit labeled Exhibit "A".  Attached is redacted Exhibit A.

Thanks for the help!  IF you have any questions, my contact information is below.

Dustin R. Darst
Kutak Rock LLP
234 East Millsap Road, Suite 400
Fayetteville, AR 72703
Telephone: (479) 973-4200
Direct: (479) 695-1967
Fax: (479) 973-0007
Dustin.Darst@kutakrock.com
www.kutakrock.com

################################################################################
###############################
ANY FEDERAL TAX ADVICE CONTAINED IN THIS MESSAGE SHOULD NOT BE USED OR
REFERRED TO IN THE PROMOTING, MARKETING OR
RECOMMENDING OF ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT, AND SUCH ADVICE IS NOT INTENDED OR WRITTEN TO BE USED,
AND CANNOT BE USED, BY A TAXPAYER FOR THE PURPOSE OF AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE.
################################################################################
###############################
This E-mail message is confidential, is intended only for the named recipient(s) above and may contain information
that is privileged, attorney work product or otherwise protected by applicable law. If you have received this
message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.
################################################################################
###############################