# UNITED STATES DISTRICT COURT
for the

District of

|  |  |  |
|---|---|---|
| *Plaintiff* |  |  |
| v. | ) | Case No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

                                                                                                                                              .

Date:
                                                  *Attorney's signature*

                                                  *Printed name and bar number*

                                                  *Address*

                                                  *E-mail address*

                                                  *Telephone number*

                                                  *FAX number*

CERTIFICATE OF SERVICE

/s/ _____
Name:
Bar Number:
Attorney for:
Law Firm Name:
Law Firm Address:
City State ZIP:
Phone Number:
Email Address: