## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**               **PLAINTIFFS**

**vs.**                    **Case No. 4:11-CV-0206 BSM**

**JERRY CASEY, ET AL.**                                                    **DEFENDANTS**

### ENTRY OF APPEARANCE

W.  Michael Reif, for his Entry of Appearance, states:

1.     W. Michael Reif of Dover Dixon Horne PLLC hereby enters his appearance in this action on behalf of separate defendant, Arkansas Children's Hospital.  Attorney Reif respectfully requests the Clerk enter his name as an attorney of record for separate defendant, Arkansas Children's Hospital.

2.     W.  Michael Reif requests that copies of all pleadings and other papers served or filed in this action be served upon him.

Respectfully submitted,

DOVER DIXON HORNE PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas  72201
(501) 375-9151
Email: Mreif@ddh-ar.com


By:*/s/ W.  Michael Reif*_____
    W.  Michael Reif, Ark. Bar No. 84128

## CERTIFICATE OF SERVICE

I, W.  Michael Reif, hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Scott Strauss
Jonathan E. Baker
BARBER, McCASKILL, JONES & HALE, PA
400 W.  Capitol, Suite 2700
Little Rock, AR 72201

/s/ W.  Michael Reif
                    W.  Michael Reif