**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**          **PLAINTIFFS**

**vs.**          **Case No. 4:11-CV-0206 BSM**

**JERRY CASEY, ET AL.**          **DEFENDANTS**

**ANSWER TO COMPLAINT IN INTERPLEADER**

Comes now the separate defendant, Arkansas Children's Hospital (hereafter referred to as "ACH") by and through its attorneys, Dover Dixon Horne PLLC, and for its Answer to the Complaint in Interpleader, states as follows:

1. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint, and therefore denies the same.

2. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 2 of Plaintiff's Complaint, and therefore denies the same.

3. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 3 of Plaintiff's Complaint, and therefore denies the same.

4. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 4 of Plaintiff's Complaint, and therefore denies the same.

5. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 5 of Plaintiff's Complaint, and therefore denies the same.

6. ACH admits the allegations in paragraph 6 of Plaintiff's Complaint.

7. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 7 of Plaintiff's Complaint, and therefore denies the same.

8. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 8 of Plaintiff's Complaint, and therefore denies the same.

9. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 9 of Plaintiff's Complaint, and therefore denies the same.

10. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 10 of Plaintiff's Complaint, and therefore denies the same.

11. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 11 of Plaintiff's Complaint, and therefore denies the same.

12. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 12 of Plaintiff's Complaint, and therefore denies the same.

13. ACH admits this interpleader action is brought pursuant to Rule 22 of the Federal Rules of Civil Procedure. ACH does not have sufficient information to admit or deny the remaining allegations contained in paragraph 13, and therefore denies the same.

14. ACH admits the allegations contained in paragraph 15 of the Complaint.

15. ACH admits the allegations contained in paragraph 16 of the Complaint.

16. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 16 and therefore denies the same.

17. ACH admits that the Certified Policies were attached to the Complaint as Exhibits "1" and "2" and the documents speak for themselves. ACH does not have sufficient information to admit or deny the remaining allegations contained in paragraph 7 and therefore denies the same.

18. ACH does not have sufficient information to admit or deny the allegations contained in paragraph 18 of Plaintiff's Complaint, and therefore denies the same.

19. ACH admits the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. ACH admits the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. ACH denies the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. ACH does not have sufficient knowledge to admit or deny the allegations contained in paragraph 22 of Plaintiff's Complaint and therefore denies the same.

WHEREFORE, Arkansas Children's Hospital prays that the Complaint be dismissed or alternatively, that the amount of its claim be paid from the amounts which have been deposited into the Registry of the Court; that ACH be awarded its attorney's fees and costs incurred herein, and for all other relief to which it is entitled.

Respectfully submitted,

DOVER DIXON HORNE PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas  72201
(501) 375-9151
Email: Mreif@ddh-ar.com


By:*/s/ W.  Michael Reif*
    W.  Michael Reif, Ark. Bar No. 84128

## CERTIFICATE OF SERVICE

I, W.  Michael Reif, hereby certify that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Scott Strauss
Jonathan E. Baker
BARBER, McCASKILL, JONES & HALE, PA
400 W.  Capitol, Suite 2700
Little Rock, AR 72201

    */s/ W.  Michael Reif*
    W.  Michael Reif