IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE COMPANY          PLAINTIFF

V.                    **CASE NO. 4-11-CV-0206**

JERRY CASEY; WENDY REYNA, as personal representative for
the ESTATE OF MARIA TERESA ORTEZ; et. al.          DEFENDANTS

### MOTION TO PREVENT RECOVERY OF PLAINTIFF'S ATTORNEYS' FEES

Comes now the defendant, Sonia Martinez, individually and as mother and next of kin to A.M., by and through her undersigned attorney, D. Kirk Joyce, and for her Motion to Prevent Recovery of Plaintiff's Attorneys' Fees states as follows:

1. On March 9, 2011, Defendant Wendy Reyna filed her Motion to Prevent Recovery of Plaintiff's Attorney's Fees. Docket No 7.

2. On March 9, 2011, Defendant Wendy Reyna also filed her Brief in Support of Motion to Prevent Recovery of Plaintiff's Attorney's Fees. Docket No 8.

3. Defendant Sonia Martinez, individually and as mother and next of kin to A.M., joins in Defendant Wendy Reyna's Motion to Prevent Recovery of Plaintiff's Attorney's Fees and corresponding brief, and incorporates the allegations contained in Docket No. 7 and Docket No. 8 as if set out herein word for word.

WHEREFORE, Sonia Martinez prays that this Court deny the Plaintiff's request for attorney's fees or costs incurred from the interplead funds, and for any and all just and proper relief to which she may be entitled.

Respectfully submitted,

By: */S/ D K Joyce*
Joyce Law Firm
D. Kirk Joyce
Counsel for the Defendant
Arkansas Bar No. 96189
440 N. College Ave., Suite 2
Fayetteville, AR 72701
Ph: (479) 442-5577
Fax: (479) 442-2103

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel(s) for the opposing party in the above captioned matter a true and correct copy of this pleading by electronic filing this 28th day of March, 2011.

*/S/ D K Joyce*
D. Kirk Joyce