**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**                        **PLAINTIFF**

**VS.**                           **CASE NO. 4-11-CV-0206-BSM**

**JERRY CASEY; WENDY REYNA, as personal representative for the**
**ESTATE OF MARIA TERESA ORTEZ;**
**AMINTA ORTEZ; DAISY VILLEDAS;**
**RENEE ARMANDO ROSALES, as personal representative for the**
**ESTATE OF ANA DEL CARMEN ORTEZ;**
**MARIA HERNANDEZ, individually, and as mother and next of kin to**
**KILLIAM HERNANDEZ, KIMBERLY HERNANDEZ and**
**ASHLEYAMILCAR HERNANDEZ;**
**ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ;**
**JORGE DANIEL CERDA, individually, and as father and next of kin to**
**LIDANIA CERDA and EDREI CERDA; CARMEN FLORES;**
**CAROLINA GRANDE; MONICA ALVARADO;**
**CESAR ZELAYA; SONIA MARTINEZ, individually,**
**and as mother and next of kin to ABIGAIL MARTINEZ;**
**GLEN NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA, individually and**
**as mother and next of kin to JOEL SILVA and JEREY SILVA;**
**JAIME BECERRA, individually, and as father and next of kin to**
**GWENDOLYN BECERRA, JOCELYN BECERRA, and BEATRIZ BECERRA;**
**BERTOBELIO MEJIA; LILIA MEJIA;**
**RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT MARY'S REGIONAL MEDICAL CENTER;**
**WASHINGTON REGIONAL MEDICAL CENTER;**
**CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE CLINIC;**
**AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;**
**ARKANSAS CHILDREN'S HOSPITAL;**
**QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER OF WASHINGTON**
**COUNTY; HUMANA; JOHNSON REGIONAL MEDICAL CENTER; and**
**ARKANSAS STATE HIGHWAY AND**
**TRANSPORTATION DEPARTMENT**                                              **DEFENDANTS**

**WENDY REYNA, as personal representative for the**
**ESTATE OF MARIA TERESA ORTEZ, et al**                         **COUNTERCLAIMANTS**

**VS.**

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**               **COUNTERDEFENDANT**

**BRIEF IN SUPPORT OF RESPONSE TO SONIA MARTINEZ'S
MOTION TO PREVENT RECOVERY OF PLAINTIFF'S ATTORNEYS' FEES**

The decision on whether to award attorneys fees in an Interpleader action brought pursuant to Rule 22 of the Federal Rules of Civil Procedure is a matter that rest solely within the discretion of the Court. *See* Blackmon Auctions v. Van Buren Truck Ctr., 1996 U.S. Dist. LEXIS 3228 (W.D. Ark 1996 (holding Courts "have discretion to award costs and attorney's fees in appropriate interpleader cases whenever it is fair and equitable to do so"). Given that the decision rests solely within the trial Court's discretion, Argonaut agrees to an award of attorneys' fees if this Court determines it is "fair and equitable to do so." Id. at 4.

Respectfully submitted,

BARBER, McCASKILL, JONES & HALE, P.A.
Attorneys for Plaintiff
400 W. Capitol, Suite 2700
Little Rock, AR 72201
(501) 707-6129/(501) 372-2802 (Fax)

By: /s/ Jonathan E. Baker
    Scott M. Strauss    AR BIN 92009
    Jonathan E. Baker    AR BIN 08176

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 6th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification and a copy of the foregoing to the following attorneys of record:

Mr. Sean T. Keith
Keith, Miller, Butler, Schneider & Pawlick, PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
skeith@arkattorneys.com

Ms. Anna R. Betts
Keith, Miller, Butler, Schneider & Pawlick, PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
abetts@arkattorneys.com

Mr. Jeremy Ament
Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, P.A.
119 South Second Street
Rogers, Arkansas 72756
jsa@mcrmt.com

Ms. Susan Keller Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
skk@kendalldrewyor.com

Mr. Donald B. Kendall
Kendall Drewyor Law Firm
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
dbk@kendalldrewyor.com

Mr. Wesley A. Cottrell
Cottrell Law Office
117 South Second Street
Rogers, Arkansas 72756
wes@cottrelllawoffice.com

Ms. Michelle Davenport
Arkansas Highway and Transportation Department
P.O. Box 2261
Little Rock, Arkansas 72203
Michelle.davenport@arkansashighways.com

Mr. W. Michael Reif
Dover, Dixon & Horne, PLLC
425 West Capitol Ave., Suite 3700
Little Rock, AR 72201
Mreif@ddh-ar.com

Mr. D. Kirk Joyce
Joyce Law Firm
440 North College Ave., Suite 2
Fayetteville, AR 72701
Dkj@joycelaw.us

Mr. Tim Boone
Munson, Rowlett, Moore & Boone
400 West Capitol Ave., Suite 1900
Little Rock, AR 72201
Tim.boone@mrmblaw.com

Ms. Mary Carole Crane
Munson, Rowlett, Moore & Boone
400 West Capitol Ave., Suite 1900
Little Rock, AR 72201
Mc.crane@mrmblaw.com




                                             __/s/ Jonathan E. Baker_____
                                                Jonathan E. Baker