IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT GENERAL
INSURANCE COMPANY                                                                PLAINTIFF

v.                        CASE NO. 4:11-CV-0206-BSM

JERRY CASEY, et al.                                                              DEFENDANTS

## ENTRY OF APPEARANCE

Gabriel D. Mallard hereby enters his appearance as counsel on behalf of Separate Defendant, QHG of Springdale, Inc., d/b/a Northwest Medical Center of Washington County.

Respectfully submitted,

THE HEALTH LAW FIRM

2800 Cantrell Road, Suite 200
Little Rock, AR 72202
(501) 221-7100
(501) 224-8787 (Telefax)

By:   /s/ Gabriel D. Mallard
      Gabriel D. Mallard, AR #2005130

## **CERTIFICATE OF SERVICE**

      I, Gabriel D. Mallard, hereby certify that on the 7th day of April, 2011, I electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Scott M. Strauss - sstrauss@barberlawfirm.com
Jonathan E. Baker - jbaker@barberlawfirm.com

                                    /s/ Gabriel D. Mallard
                                    Gabriel D. Mallard, AR #2005130
                                    The Health Law Firm
                                    2800 Cantrell Road, Suite 200
                                    Little Rock, AR 72202
                                    (501) 221-7100
                                    (501) 224-8787 (Telefax)
                                    E-mail: gdmallard@healthlawfirm.com