UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARGONAUT GREAT CENTRAL**
**INSURANCE COMPANY**                                                                **PLAINTIFF**

v.                              **CASE NO. 4:11cv00206 BSM**

**JERRY CASEY, et al.**                                                                   **DEFENDANTS**

## ORDER

Separate defendants Ana Ortiz, Jose Escalante, Yolanda Velasquez, Carolina Grande, Monica Alavarado, Carmen Flores, Jaime Becerra, Jocelyn Becerra, Gwendolyn Becerra and Beatrice Becerra (hereinafter referred to as "separate defendants") move to join and adopt the answer to the complaint filed March 18, 2011, the counterclaim for declaratory judgment filed March 17, 2011, and the motion to prevent recovery of plaintiff's attorneys' fees filed March 17, 2011. [Doc. Nos. 99, 101, 102]. Plaintiff Argonaut Great Central Insurance Company opposes the motion to join and adopt the counterclaim and the motion to join and adopt the motion to prevent recovery of attorneys' fees. [Doc. Nos. 103, 104]. Separate defendants are not clear in what answer, counterclaim, or motion to prevent recovery of attorneys' fees they wish to join. Therefore their motions are denied.

IT IS SO ORDERED this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE