# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ARGONAUT GREAT CENTRAL INSURANCE COMPANY**             **PLAINTIFF**

**v.**                         **CASE NO. 4:11CV00206 BSM**

**JERRY CASEY et al.**                                   **DEFENDANTS**

## ORDER

Separate defendant Arkansas Children's Hospital's unopposed motion for dismissal [Doc. No. 115] is granted, and it is hereby dismissed as a party defendant.

Dated this 3rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE