**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ARGONAUT GREAT CENTRAL INSURANCE COMPANY                    PLAINTIFF

VS.                **CASE NO. 4-11-CV-00206BSM**

JERRY CASEY; WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ; AMINTA ORTEZ; DAISY
VILLEDAS; RENEE ARMANDO ROSALES, as personal representative
for the ESTATE OF ANA DEL CARMEN ORTEZ;
MARIA HERNANDEZ, individually, and as mother and next of kin to K.
HERNANDEZ, K. HERNANDEZ and A. HERNANDEZ;
ANA ORTIZ; JOSE ESCALANTE; YOLANDA VELAZQUEZ; JORGE
DANIEL CERDA, individually, and as father and next of kin to L.
CERDA and E. CERDA; CARMEN FLORES;CAROLINA GRANDE;
MONICA ALVARADO;CESAR ZELAYA; SONIA MARTINEZ,
individually, and as mother and next of kin to A. MARTINEZ; GLEN
NOREGA; CLEMENTINA CISNEROS; ROSALINDA SILVA,
individually and as mother and next of kin to J. SILVA and J. SILVA;
JAIME BECERRA, individually, and as father and next of kin to G.
BECERRA, J. BECERRA, and B. BECERRA;BERTOBELIO MEJIA;
LILIA MEJIA; RUSSELLVILLE HOLDINGS, LLC d/b/a SAINT
MARY'S REGIONAL MEDICAL CENTER;
WASHINGTON REGIONAL MEDICAL CENTER;
CLAY M. BERGER, D.C. d/b/a NATURAL HEALTHCARE
CLINIC;AIR EVAC EMS, INC. d/b/a AIR EVAC LIFETEAM;
ARKANSAS CHILDREN'S HOSPITAL;
QHG OF SPRINDALE, INC. d/b/a NORTHWEST MEDICAL CENTER
OF WASHINGTON COUNTY; HUMANA; JOHNSON REGIONAL
MEDICAL CENTER; and ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                    DEFENDANTS

**Defendant Maria Hernandez's, Individually and as mother and next of kin to K. Hernandez, K. Hernandez and A. Hernandez, Response to Plaintiff's Motion for Summary Judgment**

Comes now the Defendant Maria Hernandez ("Defendant"), individually and as mother and next of kin to K. Hernandez, K. Hernandez and A. Hernandez (minors), by and through her attorney Jeremy S. Ament of Matthews, Campbell, Rhoads, McClure, Thompson and Fryauf, P.A., and for her Response in Opposition to the Plaintiff's Motion for Summary Judgment states:

1

1. On May 2, 2011, Defendant Wendy Reyna filed a Response to the Plaintiff's Motion for Summary Judgment, a Statement of Facts and a Brief in Support of Response (Documents 122, 123, 124).

2. On May 2, 2011, Defendant Wendy Reyna also filed a Response to the Plaintiff's Statement of Undisputed Facts (Document 125).

2. Defendant Maria Hernandez, individually and as mother and next of kin to Defendants K. Hernandez, K. Hernandez and A. Hernandez, join in Defendant Wendy Reyna's Responses and supporting documents and incorporate the allegations contained in Documents 122, 123, 124 and 125 as if stated here word for word.

WHEREFORE, the Defendant requests the court deny Plaintiff's Motion for Summary Judgment and for any and all just and proper relief to which she may be entitled.

          Respectfully submitted,

          MARIA HERNANDEZ, individually, and as mother and next of kin to K. HERNANDEZ, K. HERNANDEZ and A. HERNANDEZ

          By: _/s/ Jeremy S. Ament
          Jeremy S. Ament, Their Attorney
          Arkansas Bar No. 2008190
          North Carolina Bar NO. 41991
          MATTHEWS, CAMPBELL, RHOADS, McCLURE, THOMPSON & FRYAUF, P.A.
          119 South Second Street
          Rogers, Arkansas 72756-4525
          (479) 636-0875   (479) 636-8150-Fax

## CERTIFICATE OF SERVICE

I, Jeremy S. Ament, certify that on the 9th day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to all parties of record, including defense counsel:

Mr. Robert E. Craddock, Jr.
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

                                        **/s/ Jeremy S. Ament**
                                        **Jeremy S. Ament**