IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY | | PLAINTIFF |
| VS. | **CASE NO. 4-11-CV-00206BSM** | |
| JERRY CASEY, et al. | | DEFENDANTS |
| WENDY REYNA, as personal representative for the ESTATE OF MARIA TERESA ORTEZ | | COUNTERCLAIMANT |
| VS. | | |
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY | | COUNTERDEFENDANT |

## ORDER DIRECTING PAYMENT INTO REGISTRY OF COURT

Pursuant to its Complaint in Interpleader, Fed. R. Civ. P. 22, 67, 28 U.S.C. §§ 1335, 2361, and upon motion of the Counterclaimant [Doc. No. 140] and other applicable rules and statutes, Argonaut Great Central Insurance Company is prepared to pay the sum of two million dollars ($2,000,000) into the registry of the United States District Court for the Eastern District of Arkansas, Western Division pending further Order of this Court as to its proper distribution. Said funds should be deposited into an interest-bearing account or investment with no minimum term or length of investment, and in a financial institution insured by the FDIC to be divided by the injured passengers upon the ultimate disposition in the above-referenced case. The Clerk may deduct 10% of the income earned on the investment as a fee pursuant to local rules.

Argonaut Great Central Insurance Company shall be discharged from any further liability to the extent of the $2,000,000 paid into the registry of the Court, but this order is not intended to be and is not a waiver or forfeiture of the additional one million dollars

($1,000,000) that is at stake and pending upon the judgment of the Court and the final dissolution of this case.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court for the Eastern District of Arkansas, Western Division shall accept the $2,000,000 payment by Argonaut Great Central Insurance Company and deposit that sum in an interest-bearing account at a federally-insured banking institution for ultimate disposition by further Order of this Court.

IT IS FURTHER ORDERED that Argonaut Great Central Insurance Company is hereby discharged from any further liability to the extent of the $2,000,000 paid into the registry of this Court, but it is not discharged as to the additional $1,000,000 that remains in dispute.

IT IS SO ORDERED.

_____
Honorable Brian S. Miller


/s/ Sean T. Keith_____
Attorney For Defendant/Counterclaimant

/s/ Douglas A. Black_____
Attorney For Plaintiff/Counter-defendant