IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                            PLAINTIFF

VS.                    CASE NO. 4-11-CV-00206BSM

JERRY CASEY, et al.                                                                            DEFENDANTS

WENDY REYNA, as personal representative for the
ESTATE OF MARIA TERESA ORTEZ                                                    COUNTERCLAIMANT

VS.

ARGONAUT GREAT CENTRAL INSURANCE
COMPANY                                                                                   COUNTERDEFENDANT

## AFFIDAVIT OF SERVICE

Comes now the Affiant, Sean T. Keith, and upon oath states:

1. That Sean T. Keith is one of the attorneys for Defendant Wendy Reyna, as the personal representative of the Estate of Maria Teresa Ortez, and that on the 3rd day of January, 2012, the following documents were mailed via Certified Mail (Article # 7010 3090 0000 6268 8062), Return Receipt Requested, to Separate Defendant, Clay Berger, D.C., c/o Natural Healthcare Clinic, 3301 W. Hudson Road, Rogers, AR, 72756:

    (a) Letter to Clay Berger, D.C.; and

    (b) Order dated December 19, 2011 (Document No. 153).

2. That said Return Receipt was signed and returned to sender bearing the signature of the addressee, and the original is attached to this Affidavit as Exhibit "A".

FURTHER AFFIANT SAYETH NAUGHT.

_____
Sean T. Keith, AR Bar No. 93158
KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK, PLLC
224 South 2nd Street
Rogers, AR 72756
Ph. (479) 621-0006/Fax (479) 631-6890
skeith@arkattorneys.com
*Attorney for Defendant Wendy Reyna, as the personal representative of the Estate of Maria Teresa Ortez*

STATE OF ARKANSAS     )
                      ) ss:
COUNTY OF BENTON      )

SWORN TO AND SUBSCRIBED BEFORE me this 9th day of January, 2012, by Sean T. Keith.

_____
Notary Public

My Commission Expires:

9-1-2014

OFFICIAL SEAL
MARY LINSNER
BENTON COUNTY
NOTARY PUBLIC - ARKANSAS
MY COMMISSION EXP. SEPT. 1, 2014

## CERTIFICATE OF SERVICE

I, Sean T. Keith, hereby certify that on the 9th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Jeremy Ament | jsa@mcrmt.com |
| Michael Richard Bond | michael.bond@kutakrock.com |
| Wesley A. Cottrell | wes@cottrelllawoffice.com |
| Robert E. Craddock, Jr. | rcraddock@wyattfirm.com |
| Mary Carole Young Crane | mc.crane@mrmblaw.com |
| Dustin Robert Darst | dustin.darst@kutakrock.com |
| Michelle Davenport | Michelle.davenport@arkansashigways.com |
| William G. Horton | bhorton@justicetoday.com |
| D. Kirk Joyce | dkj@joycelaw.us |
| Donald B. Kendall | dbk@kendalldrewyor.com |
| Susan Keller Kendall | skk@kendalldrewyor.com |
| Gabriel Douglas Mallard | gdmallard@healthlawfirm.com |

/s/ Sean T. Keith
Sean T. Keith

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.  *cutes*<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Yesenia Robles*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): *Yesenia Robles*   C. Date of Delivery: 1-5-2012 |
| 1. Article Addressed to:<br>Clay Berger, D.C.<br>Natural Healthcare Clinic<br>3301 W. Hudson Rd<br>Rogers AR 72756 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7010 3090 0000 6268 8062 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



EXHIBIT A