IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARGONAUT GREAT CENTRAL INSURANCE COMPANY                    PLAINTIFF

V.                              CASE NO. 4-11-CV-206BSM

JERRY CASEY, et al                                          DEFENDANTS

SEPARATE DEFENDANTS VILLEDA AND CERDA'S
MOTION FOR ATTORNEYS' FEES, 12% DAMAGES,
PREJUDGMENT INTEREST AND POST-JUDGMENT INTEREST

I. INTRODUCTION

Comes now separate defendants, Daisy Villeda and Jorge Daniel Cerda, individually and as guardian for E.C. and L.C., and for their Motion for Attorneys' Fees, 12% Damages, Prejudgment Interest and Post-Judgment Interest states as follows:

1.     Argonaut Great Central Insurance Company ("Argonaut") filed this interpleader action seeking to interplead only $2,000,000 of the $3,000,000 in insurance proceeds available to the Defendants.

2.     The Defendants were forced to counterclaim against Argonaut for the additional $1,000,000 in insurance proceeds for payment of the losses that they sustained.

3.     By order dated December 8, 2011, this Court ordered that Argonaut tender the additional $1,000,000 of insurance proceeds to the registry of the Court, for a total of $3,000,000.

4.     The Defendants, Villeda and Cerda, respectfully request that this Court award them 12% damages on the $1,000,000 Argonaut refused to pay to the registry of

1

the Court as well as the Defendants' reasonable attorneys' fees for the prosecution and collection of the $1,000,000 pursuant to Ark. Code Ann. § 23-79-208.

5.    In addition, the Defendants seek prejudgment and post-judgment interest on the $1,000,000 award.

6.    Finally, the Defendants request an opportunity to be heard before this Court at a date yet to be determined and agreeable with this Court's docket so as to present to the Court calculations of the Defendants' attorneys' fees as well as prejudgment interest.

7.    The Defendants are filing contemporaneously herewith a supporting brief which is incorporated herein to this motion.

**WHEREFORE,** for the reasons set forth herein, the Defendants respectfully request that this Court award them their attorneys' fees, 12% damages on the $1,000,000 judgment, prejudgment interest and post-judgment interest.  In addition, the Defendants respectfully request that this Court allow the Defendants an opportunity to be heard at a date yet to be determined and agreeable with the Court's docket regarding the amount of attorney's fees and prejudgment interest to be awarded.

2

Respectfully submitted,

**Donald B. Kendall (Ark. Bar No. 70037)**
dbk@kendalldrewyor.com
**Susan Keller Kendall (Ark. Bar No. 98119)**
skk@kendalldrewyor.com
**Kendall Drewyor Law Firm**
3706 Pinnacle Hills Parkway, Suite 201
Rogers, Arkansas 72758
Telephone:  (479) 464-9828
Facsimile:  (479) 464-9768


BY:     /s/ Susan Keller Kendall

ATTORNEYS FOR DAISY VILLEDA AND
JORGE DANIEL CERDA

## CERTIFICATE OF SERVICE

I, Susan Keller Kendall, hereby certify that on the January 19, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all attorneys of record:

| | |
|---|---|
| Anna R. Betts | abetts@arkattorneys.com |
| D. Kirk Joyce | dkj@joycelaw.us |
| Donald B. Kendall | dbk@kendalldrewyor.com |
| Dustin Robert Darst | dustin.darst@kutakrock.com |
| Gabriel Douglas Mallard | gdmallard@healthlawfirm.com |
| Jeremy Scott Ament | jsa@mcrmt.com, lorena@mcrmt.com |
| Mary Carole Young Crane | mc.crane@mrmblaw.com |
| Michael Richard Bond | michael.bond@kutakrock.com |
| Michelle Lee Davenport | michelle.davenport@arkansashighways.com |
| Robert E. Craddock , Jr | rcraddock@wyattfirm.com, jlnorris@wyattfirm.com |
| Sean T. Keith | skeith@arkattorneys.com |
| Wesley Allen Cottrell | wes@cottrelllawoffice.com |
| William G. Horton | bhorton@justicetoday.com |
| Douglas Black | dblack@wyattfirm.com |

/s/ Susan Keller Kendall